UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GAFFNEY, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA CLARA,<br><br>　　　　Defendant | Case No.: 3:18-cv-06500-JST<br><br>**[PROPOSED] ORDER RE: CONTINUING HEARING ON PENDING MOTIONS** |

# [PROPOSED] ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The hearings on calendar for April 18, 2019 for Conditional Certification and Facilitated Notice and to Invalidate Prior Releases be continued to May 30, 2019, with any Opposition filed by May 9, 2019 and any Reply by May 16, 2019.

2. If a comprehensive settlement agreement is not finalized and/or approved by the Court in this Action, and this case proceeds as a collective action, any individuals consenting to join this Action as an opt-in Plaintiff shall

/ / /

/ / /

/ / /

be considered for all purposes relevant to this lawsuit to have become an opt-in Plaintiff in this Action on April 18, 2019.

**IT IS SO ORDERED.**

Dated: March 25, 2019

_____
JON S. TIGAR
United States District Court Judge