1  Dieter C. Dammeier, SBN 188759
   DammeierLaw@gmail.com
2  **DAMMEIER LAW FIRM**
   9431 Haven Avenue, Suite 232
3  Rancho Cucamonga, CA 91730
   Telephone: (909) 240-9525
4  Attorneys for Plaintiffs

5  Edward L. Kreisberg (SBN: 179528)
   eddie@meyersnave.com
6  **MEYERS, NAVE, RIBACK, SILVER & WILSON**
   555 12ᵗʰ Street, Suite 1500
7  Oakland, California 94607
   Telephone: (510) 808-2000
8  Facsimile: (510) 444-1108

9  Attorneys for Defendant
   CITY OF SANTA CLARA

10

11                  **UNITED STATES DISTRICT COURT**

12      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13

14  CHRISTOPHER GAFFNEY, ANDRE              Case No. 3:18-cv-6500-JST
    JEROME SOTO, JOHN C. O'LEARY,
15  GUIDO QUARTAROLI and JEFF               **[PROPOSED] ORDER GRANTING
    PROVANCHER, on behalf of themselves and  JOINT STIPULATION TO CONTINUE
16  all similarly situated individuals,       CASE MANAGEMENT CONFERENCE
                                              AND HEARING DATES ON PENDING
17              Plaintiffs,                    MOTIONS**

18         v.

19  CITY OF SANTA CLARA,

20              Defendant.                   Trial Date:      None Set

21

22  The Court, having received the stipulation and good cause appearing,

23      **IT IS HEREBY ORDERED** as follows:

24          1.  The Case Management Conference currently scheduled for May 15, 2019, shall be

25              continued from May 15, 2019 to ___July 17, 2019_____.

26          2.  The hearing dates on both the pending Motion to Invalidate Releases filed by

27              Plaintiffs and the pending Motion for Conditional Certification and Facilitated

28

                                      1                        3:18-cv-6500-JST

1          Notice filed by Plaintiffs set for April 18, 2019 are continued to June 20, 2019 at

2          2 p.m. in Courtroom 9.

3

4

5   DATED:     May 2, 2019                              

6                                  DISTRICT JUDGE JON S. TIGAR

7

8   3220968.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND HEARING DATES ON PENDING MOTIONS