Dieter C. Dammeier, SBN 188759
DammeierLaw@gmail.com
**DAMMEIER LAW FIRM**
9431 Haven Avenue, Suite 232
Rancho Cucamonga, CA 91730
Telephone: (909) 240-9525
Attorneys for Plaintiffs

Edward L. Kreisberg (SBN: 179528)
eddie@meyersnave.com
**MEYERS, NAVE, RIBACK, SILVER & WILSON**
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF SANTA CLARA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER GAFFNEY, ANDRE JEROME SOTO, JOHN C. O'LEARY, GUIDO QUARTAROLI and JEFF PROVANCHER, on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA,<br><br>Defendant. | Case No. 3:18-cv-6500-JST<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING DUE DATE FOR OPPOSITION AND REPLY BRIEFS FOR PENDING MOTIONS**<br><br><br>Trial Date: None Set |

The Court, having received the stipulation and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The due dates for Defendant's opposition to Plaintiffs' pending Motion for Conditional Certification and Facilitated Notice and opposition to Plaintiffs' pending Motion to Invalidate Prior Releases, both of which Motions are set for hearing on June 20, 2019, are changed from May 9, 2019 to May 30, 2019.

2. The due dates for Plaintiffs' reply in support of Plaintiffs' pending Motion for Conditional Certification and Facilitated Notice and reply in support of Plaintiffs' pending Motion to Invalidate Prior Releases, both of which Motions are set for hearing on June 20, 2019, are changed from May 16, 2019 to June 6, 2019.

DATED: May 7, 2019

DISTRICT JUDGE JON S. TIGAR

3221735.1