EXHIBIT 1

## SETTLEMENT AGREEMENT AND GENERAL RELEASE

*CHRISTOPHER GAFFNEY, ET AL. v. CITY OF SANTA CLARA*
Case No. 3:18-cv-06500-JST

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**This Document is subject to Public Disclosure**

This is a settlement agreement ("**AGREEMENT**") between Defendant CITY OF SANTA CLARA ("**CITY**" or "**DEFENDANT**") and Plaintiffs CHRISTOPHER GAFFNEY, ANDRE JEROME SOTO, JOHN C. O'LEARY, GUIDO QUARTAROLI and JEFF PROVANCHER (collectively, "**PLAINTIFFS**") in the collective action Fair Labor Standards Act (**FLSA**) case entitled *Gaffney, et. al. v. City of Santa Clara* (C.D. Cal. Case No. 3:18-cv-06500-JST) ("**ACTION**").

## RECITALS

This AGREEMENT is made with reference to the following facts:

A.    On October 24, 2018, PLAINTIFFS, all of whom are current or former CITY employees, filed the ACTION, a civil complaint against CITY, in the U.S. District Court for the Northern District of California, Case No. 3:18-cv-06500-JST, alleging violations of the Fair Labor Standards Act ("FLSA") in a FLSA Collective Action, seeking unpaid wages, liquidated damages, and attorneys' fees and costs based, in part, on the recent Ninth Circuit decision in *Flores v. City of San Gabriel*, 824 F.3d 890 (9th Cir. 2016) ("***FLORES* DECISION**"), which held cash-in-lieu of health benefits and cafeteria plan contributions shall be included in employees' FLSA regular rate of pay, and thus in the calculation of the FLSA overtime rate, unless the cafeteria benefits plan is a "bona fide plan" under the provisions of the FLSA.  A list of all PLAINTIFFS is attached hereto as Exhibit A, and list of all collective action current and former CITY employees with similar claims PLAINTIFFS seek to include in this collective action and be covered by this Agreement ("**PUTATIVE PLAINTIFFS**") are attached as Exhibits B, C and D.  All the PLAINTIFFS and PUTATIVE PLAINTIFFS are or were employed by CITY during the operative period of the ACTION.

B.    The CITY timely answered the PLAINTIFFS' Complaint, generally denying all allegations and asserting multiple affirmative defenses.  At the time of Settlement, PLAINTIFFS had pending before the Court a motion to conditionally certify the collective action (Motion for Conditional Certification and Facilitated Notice) and a motion to invalidate certain prior releases ("Motion to Invalidate Releases") executed between the CITY and majority of the CITY's Firefighter/Fire Driver/Engineer/Fire Captain/Deputy Marshall employees ("collectively, Firefighter Employees").

C.    PLAINTIFFS' claims are in all respects controverted, and the applicability of the FLSA to the facts as alleged in the Complaint, as well as the applicable level of compensation, and all other claims, allegations, and requests for damages are disputed.

D.    In an effort to resolve the issues raised in the ACTION, the PARTIES have engaged in extensive negotiations regarding PLAINTIFFS' FLSA claims that the CITY failed to correctly pay overtime compensation pursuant to the FLSA.  During the negotiations the PLAINTIFFS agreed to continue the filed Motion for Conditional Certification and Facilitated Notice and Motion to Invalidate Releases in an effort to reach a settlement without formally obtaining conditional certification and facilitated notice or a Court determination on

the validity of the releases executed previously between the CITY and majority of CITY Firefighter Employees. CITY disputes all the PLAINTIFFS' allegations that they and PUTATIVE PLAINTIFFS are owed additional unpaid wages. Throughout these negotiations, the PARTIES were and continue to be represented by counsel experienced in FLSA, wage and hour, employment and labor matters.

E.      The PARTIES wish to avoid the potential uncertainty, expense, and delay of litigation and have therefore, based on their extensive negotiations, mutually agreed to a settlement of their disputes. The PARTIES understand the potential recovery at trial remains unknown, but the PARTIES believe the terms of this AGREEMENT are consistent with and within the range of a reasonable result the PLAINTIFFS and PUTATIVE PLAINTIFFS might expect to obtain after a trial if they were to prevail on their assertions that PLAINTIFFS and PUTATIVE PLAINTIFFS are owed unpaid FLSA overtime based on the *FLORES* DECISION, and taking into account the significant risks inherent in litigation.

F.      The PARTIES now desire to resolve all of the outstanding issues in the above- described lawsuit, and to that end, enter into this AGREEMENT.

G.      The recitals set forth in this AGREEMENT are true and correct and are hereby fully incorporated by reference into this AGREEMENT.  This AGREEMENT affects claims and demands which are disputed, and by executing this AGREEMENT, no Party admits or concedes any of the claims including, but not limited to, whether the City's cafeteria benefits plan is "bona fide" or "not bona fide", the applicable statute of limitations or period of time covered by the ACTION, any right of PLAINTIFFS or PUTATIVE PLAINTIFFS to liquidated damages, whether particular types of pay must be included in the FLSA regular rate of pay, other defenses, or allegations which were raised or could be raised by any other Party or any third party. Each Party expressly denies liability for any and all claims or demands.  The Parties acknowledge that this is a compromise settlement of a disputed claim or claims.  Moreover, neither this AGREEMENT, nor any part of this AGREEMENT, shall be construed to be, nor shall be, admissible in any proceeding as evidence of, or as an admission by, any Party of any violation of law or any wrongdoing whatsoever.  This document may be introduced in a proceeding to enforce the terms of the AGREEMENT.

NOW THEREFORE, the PARTIES hereto agree, warrant, and represent as follows:

## SETTLEMENT TERMS

1.      **Resolution of Claims.** The following provisions address the claims raised by the  PLAINTIFFS in the ACTION and those of PUTATIVE PLAINTIFFS (current or former employees of CITY who have similar claims) arising in the past, up to and including the effective date of this AGREEMENT:

A.          Subject to the Court's approval of this AGREEMENT, the City shall pay a Total Settlement Amount of $2,713,940.26 ("TOTAL SETTLEMENT AMOUNT"), and this amount shall include all of PLAINTIFFS' and PUTATIVE PLAINTIFFS' damages, attorneys' fees, and costs to settle PLAINTIFFS' and PUTATIVE PLAINTIFFS' FLSA claims set forth in the ACTION. The allocation of the TOTAL SETTLEMENT AMOUNT is described below.  Although the Parties do not agree that there is liability regarding PLAINTIFFS' or PUTATIVE PLAINTIFFS' claims, for purposes of this AGREEMENT, the TOTAL SETTLEMENT AMOUNT represents the agreed upon amount for all FLSA overtime compensation allegedly owed to PLAINTIFFS and PUTATIVE PLAINTIFFS, arising from PLAINTIFFS' alleged three-year statute of limitations (plus any applicable tolling period) for recovery relief, and any and all other damages and/or relief potentially recoverable in the ACTION, including liquidated damages, attorneys' fees and costs, for the full liability period alleged in the ACTION.

2

NAMED PLAINTIFFS

B.      From this TOTAL SETTLEMENT AMOUNT, CITY shall pay a total amount of $111,034.35 to the named PLAINTIFFS as identified and set forth in Exhibit A.  The amount paid to each PLAINTIFF as identified in Exhibit A is based upon the FLSA overtime hours each PLAINTIFF worked between May 18, 2014 and August 25, 2018.

        (1)      To arrive at the alleged shortage owed, the health benefit value, cash in lieu and specialty pays applicable to each individual were converted into an hourly amount that was added to the base hourly rate for each to determine their FLSA regular rate. This amount was multiplied by 1.5 for all FLSA overtime hours worked within each FLSA work period. The City used the highest FLSA regular rate applicable to the employee in each 12 month period (excluding out of class pay, discussed below) even though this higher rate typically only applied for a portion of the 12 month period.  A comparison was made between the FLSA obligation for those hours, and the amount already paid for those hours (i.e. regular straight time pay and MOU overtime pay and "FLSA pay") as well as taking the permissible half time credit under the FLSA regulations for MOU overtime hours that did not constitute FLSA overtime hours. (Pursuant to 29 C.F.R. §§ 201-202).

        (2)      For PLAINTIFFS that were paid out of class during the time period covered by this AGREEMENT, the impact of the out of class pay on the FLSA regular rate was calculated for each 24 day FLSA work period and 1.5 times this hourly amount will be paid for all FLSA overtime hours worked in each FLSA work period.

        (3)      Also included in the payouts to PLAINTIFFS identified in Exhibit A were alleged shortages for any cash outs of compensatory time from May 5, 2014 to August 25, 2018, with the amount being the difference between the FLSA regular rate as described above and what was actually paid out.

        (4)      The time period covered by these settlement amounts extends back to May 18, 2014 for overtime back-pay and back to May 5, 2014 for comp time payments based on application of a tolling agreement signed by the CITY and IAFF Local 1230 on behalf of the PLAINTIFFS and the PUTATIVE PLAINTIFFS that worked in the classifications of Fire Recruit Firefighter I, Firefighter II, Fire Driver/Engineer, Fire Captain, Fire Captain – Training, Deputy Fire Marshall I and Deputy Fire Marshall II.  This tolling agreement tolled the PLAINTIFF AND PUTATIVE PLAINTIFF Firefighters' claims effective June 5, 2017, with the City agreeing to make payments back into May 2014 based on application of a 3-year statute of limitations from the tolling date, plus an additional several weeks (back-pay) to a month (compensatory time off) for ease and completeness of the calculations.

        (5)      In addition, the named PLAINTIFFS identified in Exhibit A shall be given 100% liquidated damages and a Class Representative Service Fee of $5,000 each.

FIREFIGHTER/DEPUTY FIRE MARSHALL PUTATIVE PLAINTIFFS

C.      From the TOTAL SETTLEMENT AMOUNT, CITY shall pay a total amount of $515,867.08 to the PUTATIVE PLAINTIFF identified and set forth in Exhibit B that worked in the classifications of Fire Recruit, Firefighter I, Firefighter II, Fire Driver/Engineer, Fire Captain, Fire Captain – Training, Deputy Fire Marshall I and/or Deputy Fire Marshall II ("PUTATIVE PLAINTIFF Firefighters").

        (1)      These PUTATIVE PLAINTIFFS either signed Releases and already accepted payment, or were offered the same opportunity as PLAINTIFFS to sign Releases and accept payment, for the alleged

3

back pay and compensatory time off "shortages" included in this Agreement, and as described and for the same time periods as described for PLAINTIFFS in paragraph 1.B. of this Agreement.

        (2)    In addition, the settlement amounts set forth in Exhibit B applicable to PUTATIVE PLAINTIFF Firefighters that are not named PLAINTIFFS includes 20% liquidated damages on the amounts in Section 1.C.(1).

        (3)    In addition to the amounts set forth in Sections 1.C.(1) and (2), the amounts in Exhibit B for twenty-six of the PUTATIVE PLAINTIFF Firefighters that are not named PLAINTIFFS also include payment for a total of $229,960 for FLSA overtime hours worked as Fire Recruits in 2014, 2015 or 2016. These PUTATIVE PLAINTIFF Fire Recruits were assigned to a 56-hours per week schedule, and paid straight time for these regularly scheduled hours. Under this AGREEMENT, and due to a dispute whether these Fire Recruits qualified for a Section 207(k) work period and partial exemption under the FLSA, the CITY will pay them an additional half their FLSA regular rate for the sixteen hours worked over forty each week, and 1.5 times the applicable FLSA regular rate for all hours worked outside their regular 56-hour per week schedule.

POLICE OFFICER, SERGEANT AND LIEUTENANT PUTATIVE PLAINTIFFS

D.    From the TOTAL SETTLEMENT AMOUNT, CITY shall pay a total amount of $287,251.07 to the Police Officer, Police Sergeant and Police Lieutenant PUTATIVE PLAINTIFFS identified in Exhibit C. and for which no tolling agreement applies. These Police Officer, Police Sergeant and Police Lieutenant PUTATIVE PLAINTIFFS worked pursuant to a 28 day FLSA work period and 171 hours worked FLSA threshold. FLSA amounts to be paid under this AGREEMENT for FLSA overtime hours were calculated in the same manner as applicable to the PLAINTIFFS and Firefighter PUTATIVE PLAINTIFFS. No liquidated damages will be paid to these non-Firefighter PUTATIVE PLAINTIFFS under this AGREEMENT. However, and though no tolling agreement applied, the payments shall be for the same time periods as PLAINTIFFS and the Firefighter PUTATIVE PLAINTIFFS, thus adding nearly two and a half years to the back pay period that would otherwise have applied to the Police Officer/Sergeant/Lieutenant PUTATIVE PLAINTIFFS identified in Exhibit C.

MISCELLANEOUS/NON-SAFETY PUTATIVE PLAINTIFFS

E.    From the TOTAL SETTLEMENT AMOUNT, CITY shall pay a total amount of $1,649,787.76 to the PUTATIVE PLAINTIFFS identified in Exhibit D who are not Firefighter PUTATIVE PLAINTIFFS and also are not Police Officer, Police Sergeant or Police Lieutenant PUTATIVE PLAINTIFFS. and for which no tolling agreement applies. The non-Firefighter and non-Police Officer/Sergeant/Lieutenant PUTATIVE PLAINTIFFS all worked pursuant to a seven day FLSA workweek and 40 hours worked per workweek FLSA threshold. Under this AGREEMENT, they all will receive the difference between the amounts already paid for all overtime hours worked that were treated and paid as overtime hours under the applicable labor contracts, rules and practices at the CITY, and the amounts they would have been paid if all such hours had been paid at the higher FLSA regular rate calculated to include the pays allegedly incorrectly omitted from the FLSA regular rate. No liquidated damages will be paid to these non-Firefighter PUTATIVE PLAINTIFFS under this AGREEMENT. However, and though no tolling agreement applied, the payments shall be for the same time periods as PLAINTIFFS and the Firefighter PUTATIVE PLAINTIFFS, thus adding nearly two and a half years to the back pay period that would otherwise have applied to the PUTATIVE PLAINTIFFS identified in Exhibit D.

F.      From the TOTAL SETTLEMENT AMOUNT, and in addition to the TOTAL PAYMENT made to PLAINTIFFS and PUTATIVE PLAINTIFFS, CITY shall also pay $150,000 in attorneys' fees and costs. The PARTIES agree the fees and costs agreed to herein are fair and reasonable, given the time and costs expended, the fact that the fees equal only about 5.53% of the TOTAL SETTLEMENT AMOUNT paid by CITY to settle the ACTION (and a smaller percentage of the overall amounts the CITY will have paid in settlement of the claims at issue in the ACTION) and that PLAINTIFFS' Counsel has agreed to waive any contingency fee from PLAINTIFFS' damages recovery as a result of CITY paying these attorney fees and costs. The attorney fees and costs shall be paid to PLAINTIFFS' Counsel, The Dammeier Law Firm.  PLAINTIFFS also represent and warrant that no additional attorney fees and costs to the Dammeier Law Firm are due in connection with this ACTION.

G.      Each PLAINTIFF's signature on this AGREEMENT constitutes an acknowledgment of the individual settlement payment to that employee, affirming the Payment is accepted as fair, just, and reasonable, and constitutes a full and complete payment in resolution of all claims asserted in the ACTIONS against CITY.

H.      The PARTIES agree that this methodology is fair, just, and reasonable with respect to the legal value of the claims of the PLAINTIFFS and PUTATIVE PLAINTIFFS.

I.      CITY disputes it owes the overtime wages asserted by PLAINTIFFS in the ACTION, since even if it has overtime liability, it contends it has substantially overpaid PLAINTIFFS' overtime wages in excess of FLSA overtime requirements. To resolve this dispute, CITY has agreed to pay the TOTAL PAYMENT, to avoid the uncertainty of and costs incurred in litigation.  The settlement amounts listed in Exhibits A, B, C and D represent payment of an agreed-upon amount for all overtime compensation allegedly owed to PLAINTIFFS and PUTATIVE PLAINTIFFS, including liquidated damages, a one-year extension of the statute of limitations for a total of three years (plus any applicable tolling period), and any and all other damages and/or relief recoverable in the litigation, for the full liability period applicable to the litigation, as well as attorneys' fees and costs, except as otherwise provided in this AGREEMENT.

2.    **Process for Resolution of Claims of Putative Plaintiffs.** PLAINTIFFS' counsel in the ACTION brought this action on behalf of all similarly situated individuals.  The PLAINTIFFS have moved for conditional certification and facilitated notice to those similarly situated to the PLAINTIFFS. The PARTIES agreed to continue the pending motions and related notice to finalize a settlement of the ACTION and the terms of this AGREEMENT, which provides PUTATIVE PLAINTIFFS the same methodology and time period for damages as provided to the PLAINTIFFS in the ACTION. During the settlement negotiations, the PARTIES engaged in settlement discussions which included extending any agreed back pay damages to all current and former CITY employees employed during the past three years (plus any applicable tolling period), who have not yet opted into the ACTION. The PARTIES agree to offer the amounts identified in Exhibits B, C and D to PUTATIVE PLAINTIFFS who have not yet opted into the ACTION, pursuant to the following conditions:

A.      If a PUTATIVE PLAINTIFF accepts the settlement offer made by CITY, the CITY shall have the right to condition such payment on the individual agreeing to be bound by the terms of this AGREEMENT and execute a release of claims consistent with the release of claims set forth in this AGREEMENT and attached hereto as Exhibit F.

B.      If a PUTATIVE PLAINTIFF chooses not to accept the settlement offer made by CITY, he/she shall not be bound by this AGREEMENT, and his/her rights will not be affected.

3.    **Method of Payment.**    CITY shall be responsible for tendering payment to all PLAINTIFFS that execute this AGREEMENT, and all PUTATIVE PLAINTIFFS who execute a "Notice of Collective Action Settlement: Claim Form & Release" attached hereto as Exhibit F.

4.    **Prospective Relief.**    Commencing with the pay period starting on August 26, 2018, the CITY modified its calculation of its overtime rate of pay for FLSA overtime to include the amounts paid as cash-in-lieu of health benefits and/or cafeteria plan contributions and any applicable specialty pays.

5.    **Tax consequences.**

A.    For the wage payment portion of each PLAINTIFF's or PUTATIVE PLAINTIFF'S (hereafter "PLAINTIFFS" for these Paragraphs A - D) DAMAGES PAYMENT, each PLAINTIFF will have their particular amount reduced by applicable withholdings for state and federal taxes as listed on the subject PLAINTIFF's W-4 form on file with CITY as of the date of the wage payment.  CITY shall then withhold from each PLAINTIFF's share allocated for wages the amounts required by law to be withheld in conformity with each PLAINTIFF's IRS Form W-4 currently or most recently on file with CITY at the time the payment is to be made.  PLAINTIFFS who are no longer employed by CITY may submit updated W-4 forms to CITY before their amounts are withheld.  CITY shall then pay the amounts withheld to the state and federal governmental taxing authorities for the benefit of each PLAINTIFF, and shall pay the balance remaining to the respective PLAINTIFFS.

B.    The PARTIES believe liquidated damages are not wages, and the liquidated damages paid to PLAINTIFFS pursuant to this AGREEMENT are therefore not subject to withholding but are taxable as part of the PLAINTIFF's gross income.  However, this statement of belief is not an opinion on which PLAINTIFFS may rely, and PLAINTIFFS are therefore encouraged to consult with a tax advisor or attorney to independently determine any federal, state or local tax consequences of the liquidated damage portion of their payments under this AGREEMENT.

C.    PLAINTIFFS are solely responsible for reporting amounts received as liquidated damages pursuant to this AGREEMENT to any applicable federal, state or local agency as required by law.  The City will issue an IRS Form 1099 to each of the PLAINTIFFS in the amount of their respective liquidated damage amounts.

D.    This AGREEMENT states how the PARTIES will themselves initially treat the consideration paid herein in order to comply with tax considerations the PARTIES believe are or may be applicable.  PLAINTIFFS acknowledge that no CITY PARTY (defined as all of CITY's departments, officers, elected officials, employees, attorneys and agents and any other person acting by, through, or in concert with it) has made any promise, representation or warranty, express or implied, regarding the tax consequences that may be imposed by state or federal taxing authorities on any consideration paid pursuant to the terms of this AGREEMENT.

6.    **Attorneys' fees and costs.**    As described above, CITY will pay attorneys' fees and costs in the amount of $150,000, and this amount shall be paid to and reported on Form 1099 to the Dammeier Law Firm, as payment for attorneys' fees and costs incurred in connection with the ACTION.  Payment shall be as specified in Paragraph 25 below.  Except as otherwise expressly provided herein, each PARTY shall be responsible for the payment of their own costs, attorneys' fees, and all other expenses incurred in connection with the above-described litigation and any matter or thing relating to this AGREEMENT and the RELEASED CLAIMS, as defined in Paragraph 7 below.

7.    **Dismissal of litigation.**    Each PLAINTIFF will dismiss with prejudice the subject litigation and will withdraw or dismiss any other related complaint, claim, grievance, or charge seeking FLSA or MOU overtime compensation that he/she has filed against CITY in state or federal court, or with an administrative agency, including but not limited to the United States Department of Labor and the California Labor Commissioner, or other entity whatsoever, up to the date he/she executes this AGREEMENT. To accomplish the dismissal of the ACTIONS, counsel for the PARTIES shall jointly file with the District Court a Joint Motion along with the Proposed Order attached hereto as Exhibit E. The PARTIES expressly consent to and authorize their counsel to seek Court approval of the Proposed Order on their behalf. The PARTIES shall submit the Joint Motion and Proposed Order to the Court at the earliest opportunity after all PARTIES have fully completed an individual signature page and shall jointly request the Court to approve the Proposed Order. If for any reason the Court declines to approve the Proposed Order, the PARTIES shall promptly meet and confer in a good faith effort to prepare a form of stipulation and order, or other similar decree, acceptable to the Court and consistent with the terms of this AGREEMENT. Should the Court refuse to approve the terms of this AGREEMENT, the PARTIES shall promptly meet and confer in a good faith effort to prepare a form of settlement agreement acceptable to the Court.

**Release of all claims.** PLAINTIFFS accept this settlement, and understand that PLAINTIFFS' acceptance of this settlement constitutes a full and complete settlement of all claims relating to the ACTION against the CITY under the FLSA and/or the MOU (in regard to overtime pay only) that may exist or have existed as of and including the Effective Date of this Agreement, but which are limited to claims made in this lawsuit for unpaid overtime, liquidated damages and attorneys' fees.   Plaintiffs reserve the right to pursue any FLSA or MOU (in regard to overtime pay only) claims that they might have for events occurring that were not raised in the ACTION.

All Parties to this settlement understand that this Release extends only to all grievances, disputes or claims of every nature and kind, known or unknown, suspected or unsuspected, arising from or attributable to PLAINTIFFS' claims relating to the ACTION that the City violated the FLSA and/or the MOU up to and including the Effective Date of this Agreement.  The Parties understand that this release does not include claims relating to conduct or activity which does not arise from or is not attributable to Plaintiffs' FLSA and/or MOU overtime claims not claimed in the ACTION or to any conduct or activity which occurs after the Effective Date of this Agreement.  The Parties understand that this is a compromise settlement of disputed claims, and that nothing herein shall be deemed or construed at any time or for any purpose as an admission of the merits of any claim or defense.

The Parties further acknowledge that any and all rights granted them under section 1542 of the California Civil Code are hereby expressly waived regarding Plaintiffs' FLSA and MOU claims up to and including the Effective Date of this Agreement, but not as to claims other than FLSA and MOU claims.  Section 1542 of the California Civil Code provides as follows:

> SECTION 1542.  CERTAIN CLAIMS NOT AFFECTED BY GENERAL RELEASE.  A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

8.    **Unanticipated consequences.** The PARTIES recognize and acknowledge that factors which have induced them to enter into this AGREEMENT may turn out to be incorrect or to be different from what they had

previously anticipated, and the PARTIES hereby expressly assume any and all of the risks thereof and further expressly assume the risks of waiving the rights provided by California Civil Code section 1542.

9.      **No admissions.** This AGREEMENT affects claims and demands which are disputed by and between the PARTIES, and by executing this AGREEMENT, no PARTY admits or concedes any of the claims, defenses, or allegations which were raised or could be raised by any other PARTY or any third party. Neither this AGREEMENT nor any part of this AGREEMENT shall be construed to be an admission of by any party of any violation of law or of any lack of conformity with the FLSA, nor shall this AGREEMENT nor any part of it, nor any settlement negotiations or earlier drafts of this AGREEMENT, be admissible in any proceeding as evidence of such an admission. This AGREEMENT may be introduced in a proceeding solely to enforce the terms of this AGREEMENT, and may be pleaded as a full and complete defense to any action, suit or other proceeding that has been or may be instituted, prosecuted or attempted with respect to any of the RELEASED CLAIMS.

10.     **Warranty of non-assignment.** The PARTIES warrant that they have not assigned any of the claims or portions of the claims that are the subject of this AGREEMENT.

11.     **No unwritten representations.** Each PARTY represents that in executing this AGREEMENT, the PARTY does not rely upon and has not relied upon any representation, promise, or statement not expressly contained herein.

12.     **Complete agreement.** This AGREEMENT is the complete agreement between the PARTIES and supersedes any prior agreements or discussions between the PARTIES.

13.     **California and federal law.**  This AGREEMENT is executed and delivered in the State of California, and the rights and obligations of the PARTIES hereunder shall be construed and enforced in accordance with the laws of the State of California and to the extent necessary in accordance with federal law.

14.     **Interpretation and construction.** Any ambiguities or uncertainties herein shall be equally and fairly interpreted and construed without reference to the identity of the PARTY or PARTIES preparing this AGREEMENT or the documents referred to herein, on the understanding that the PARTIES participated equally in the negotiation and preparation of the AGREEMENT and the documents referred to herein or have had equal opportunity to do so. This AGREEMENT has been arrived at through negotiation and none of the PARTIES is to be deemed the PARTY who prepared this AGREEMENT or caused any uncertainty to exist within the meaning of Civil Code section 1654. The headings used herein are for reference only and shall not affect the construction of the AGREEMENT.

15.     **Breach, waiver and amendment.** No breach of this AGREEMENT or of any provision herein can be waived except by an express written waiver executed by the party waiving such breach. Waiver of any one breach shall not be deemed a waiver of any other breach of the same or any other provision of this AGREEMENT. This AGREEMENT may be amended, altered, modified or otherwise changed in any respect or particular only by a writing duly executed by the PARTIES hereto or their authorized representatives.

16.     **Exhibits.** The following exhibits are attached hereto and incorporated by reference:

   A.      DAMAGES, LIQUIDATED DAMAGES and Service Fee PAYMENT allocated to each PLAINTIFF in the ACTION;

B.    DAMAGES and LIQUIDATED DAMAGES allocated to each Firefighter PUTATIVE PLAINTIFF who previously executed or was offered an FLSA Release and on behalf of whom the City and Firefighter Union executed a tolling agreement;

C.    DAMAGES allocated to each non-Firefighter PUTATIVE PLAINTIFF that worked as a Police Officer, Police Sergeant and/or Police Lieutenant who did not previously execute or have offered an FLSA Release and for which no tolling agreement is in effect;

D.    DAMAGES allocated to each non-Firefighter and non-Police Officer/Sergeant/Lieutenant PUTATIVE PLAINTIFF who did not previously execute or have offered an FLSA Release and for which no tolling agreement is in effect;

E.    Proposed Order Approving Settlement of the ACTION; and

F.    Release of Claims for PUTATIVE PLAINTIFFS that worked for the City of Santa Clara.

17.    **AGREEMENT does not establish precedent.**  The PARTIES agree the terms of this AGREEMENT will not establish any precedent, nor will this AGREEMENT be used as a basis by the PARTIES to seek or justify similar terms in any subsequent case and it may not be used by anyone else to seek or justify similar terms in any subsequent case.

18.    **Authority to execute.**  Each PARTY hereto warrants to the other PARTIES that she/he has the full power and authority to execute, deliver and perform under this AGREEMENT and all documents referred to herein, and that any needed consent or approval from any other person has been obtained, subject to Paragraph 30 below.

19.    **Counterparts.**    This AGREEMENT may be executed by the PARTIES in any number of counterparts, all of which taken together shall be construed as one document.

20.    **Effective date.**  The AGREEMENT shall become effective following execution of the undersigned and the approval of the Court.

21.    **Duty to act in good faith.** The PARTIES shall act in good faith and use their reasonable good faith efforts after the execution of this AGREEMENT to ensure that their respective obligations hereunder are fully and punctually performed. The PARTIES shall promptly perform any further acts and execute and deliver any other documents or instruments that may be reasonably necessary to carry out the provisions of this AGREEMENT.

22.    **Binding on successors and assigns.** This AGREEMENT and all documents referred to herein shall bind and inure to the benefit of each of the PARTIES hereto, their spouses, domestic partners, children, heirs, estates, administrators, representatives, executors, attorneys, successors and assigns.

23.    **No third party beneficiaries.** With the exception of the PUTATIVE PLAINTIFFS, this AGREEMENT is not for the benefit of any person not a party hereto or any person or entity not specifically identified as a beneficiary herein or specifically identified herein as a person or entity released hereby. This AGREEMENT is not intended to constitute a third party beneficiary contract.

24.    **Time of the essence**. Time is of the essence in this AGREEMENT.

25.    **Time for performance.**

A.        Upon approval by counsel for the parties as to form, this AGREEMENT shall be submitted to all PARTIES for approval and signature, and to the City Manager for approval and signature by CITY.  If approved by the PARTIES, counsel for the PARTIES will execute the Joint Motion and Proposed attached hereto as Exhibit E, as described in Paragraph 7 herein.

B.    Payment of the individually-calculated PAYMENTS (less applicable withholdings), to the PLAINTIFFS as indicated in Exhibit A shall occur no later than thirty (30) calendar days after the Court files its order approving the settlement. Notwithstanding anything in this AGREEMENT, no sum will be paid to any PLAINTIFF who has not signed this AGREEMENT.  Notwithstanding anything in this AGREEMENT, the CITY reserves its right to make these payments prior to the Court's approval.

C.        The attorneys' fees payments by the CITY to the Dammeier Law Firm shall occur no later than thirty (30) calendar days after the Court files its Order approving this AGREEMENT.

D.        Upon the issuance of an Order approving this AGREEMENT:

   i.    Within twenty (20) calendar days, CITY shall deliver (by email for current employees and US mail to the last known address for former employees) the "Notice of Collective Action Settlement: Claim Form & Release" document attached as Exhibit F to all PUTATIVE PLAINTIFFS identified in Exhibits B, C and D.

   ii.    Within thirty (30) calendar days from the email or postmark date of the "Notice of Collective Action Settlement: Claim Form & Release", the original completed form from a PUTATIVE PLAINTIFF must be physically received by CITY's Finance Department/Payroll located at 1500 Warburton Ave Santa Clara, CA 95050.

   iii.    Payment of the individually-calculated PAYMENTS (less applicable withholdings) to the PUTATIVE PLAINTIFFS set forth in Exhibits B, C and D who have signed and timely returned the release shall occur no later than thirty (30) calendar days after CITY's receipt of the Release of Claims.

   iv.    The PARTIES further agree to meet and confer over curing any defects in any "Notice of Collective Action Settlement: Claim Form & Release" submitted by a PUTATIVE PLAINTIFF or unforeseen issues that arise with respect to the execution of this AGREEMENT. The Court shall retain jurisdiction over disagreements the PARTIES are not able to resolve.

26.    **AGREEMENT signed knowingly and voluntarily after opportunity to consult with counsel.** The PARTIES understand and agree to this AGREEMENT and to the terms and conditions contained herein and enter into this AGREEMENT knowingly and voluntarily. PLAINTIFFS have been advised they have the right to seek legal advice with respect to this AGREEMENT, including the release, have had the opportunity to consult with counsel, and have in fact consulted with counsel of their choice. The PARTIES have investigated the facts pertaining to this AGREEMENT and all matters pertaining thereto as deemed necessary. The PARTIES have relied on their judgment, belief, knowledge, understanding and expertise after having been afforded the opportunity to consult with their counsel concerning the legal effect of the settlement and its terms. By signing this AGREEMENT and the documents referenced to herein, the PARTIES signify their full understanding, agreement, and acceptance of the AGREEMENT and the Joint Motion and Proposed Order attached hereto as Exhibit E.

27.   **Savings Clause.** If any term, condition, provision or part of this AGREEMENT is determined to be invalid, void or unenforceable for any reason, the remainder of this AGREEMENT will continue in full force and effect.

28.   **City Council Authorization.** The City Council of CITY has authorized the Santa Clara City Manager to sign this Agreement on behalf of the City and bind the City to its terms.


**IN WITNESS WHEREOF**, the PARTIES hereto have executed this AGREEMENT on the date written below.

Dated: 10/16/19

_____
CHRISTOPHER GAFFNEY
Plaintiff


Dated: _____

_____
ANDRE SOTO
Plaintiff


Dated: _____

_____
JOHN O'LEARY
Plaintiff


Dated: 10-16-19

_____
GUIDO QUARTAROLI
Plaintiff


Dated: _____

_____
JEFF PROVANCHER
Plaintiff


Dated: _____

_____
DEANNA SANTANA
City Manager
City of Santa Clara


11

27.    **Savings Clause.** If any term, condition, provision or part of this AGREEMENT is determined to be invalid, void or unenforceable for any reason, the remainder of this AGREEMENT will continue in full force and effect.

28.    **City Council Authorization.** The City Council of CITY has authorized the Santa Clara City Manager to sign this Agreement on behalf of the City and bind the City to its terms.

**IN WITNESS WHEREOF**, the PARTIES hereto have executed this AGREEMENT on the date written below.

Dated: _____

_____
CHRISTOPHER GAFFNEY
Plaintiff

Dated: 10/16/19

_____
ANDRE SOTO
Plaintiff

Dated: _____

_____
JOHN O'LEARY
Plaintiff

Dated: _____

_____
GUIDO QUARTAROLI
Plaintiff

Dated: _____

_____
JEFF PROVANCHER
Plaintiff

Dated: _____

_____
DEANNA SANTANA
City Manager
City of Santa Clara

11

27.    **Savings Clause.** If any term, condition, provision or part of this AGREEMENT is determined to be invalid, void or unenforceable for any reason, the remainder of this AGREEMENT will continue in full force and effect.

28.    **City Council Authorization.** The City Council of CITY has authorized the Santa Clara City Manager to sign this Agreement on behalf of the City and bind the City to its terms.

**IN WITNESS WHEREOF**, the PARTIES hereto have executed this AGREEMENT on the date written below.

Dated: _____

_____
CHRISTOPHER GAFFNEY
Plaintiff

Dated: _____

_____
ANDRE SOTO
Plaintiff

Dated: 10/16/19

_____
JOHN O'LEARY
Plaintiff

Dated: _____

_____
GUIDO QUARTAROLI
Plaintiff

Dated: _____

_____
JEFF PROVANCHER
Plaintiff

\
Dated: _____

_____
DEANNA SANTANA
City Manager
City of Santa Clara

27.    **Savings Clause.** If any term, condition, provision or part of this AGREEMENT is determined to be invalid, void or unenforceable for any reason, the remainder of this AGREEMENT will continue in full force and effect.

28.    **City Council Authorization.** The City Council of CITY has authorized the Santa Clara City Manager to sign this Agreement on behalf of the City and bind the City to its terms.


**IN WITNESS WHEREOF**, the PARTIES hereto have executed this AGREEMENT on the date written below.

Dated: _____

_____
CHRISTOPHER GAFFNEY
Plaintiff


Dated: _____

_____
ANDRE SOTO
Plaintiff


Dated: _____

_____
JOHN O'LEARY
Plaintiff


Dated: _____

_____
GUIDO QUARTAROLI
Plaintiff


Dated: _____

_____
JEFF PROVANCHER
Plaintiff


\
Dated: _____

_____
DEANNA SANTANA
City Manager
City of Santa Clara

11

27.     **Savings Clause.** If any term, condition, provision or part of this AGREEMENT is determined to be invalid, void or unenforceable for any reason, the remainder of this AGREEMENT will continue in full force and effect.

28.     **City Council Authorization.** The City Council of CITY has authorized the Santa Clara City Manager to sign this Agreement on behalf of the City and bind the City to its terms.

**IN WITNESS WHEREOF**, the PARTIES hereto have executed this AGREEMENT on the date written below.

Dated: _____       _____
                                    CHRISTOPHER GAFFNEY
                                    Plaintiff


Dated: _____       _____
                                    ANDRE SOTO
                                    Plaintiff


Dated: _____       _____
                                    JOHN O'LEARY
                                    Plaintiff


Dated: _____       _____
                                    GUIDO QUARTAROLI
                                    Plaintiff


Dated: _____       _____
                                    JEFF PROVANCHER
                                    Plaintiff

\
Dated: _____       _____
                                    DEANNA SANTANA
                                    City Manager
                                    City of Santa Clara

APPROVED AS TO FORM AND CONTENT

**DAMMEIER LAW FIRM**

Dated: <u>  10-16-19  </u>

*Dieter Dammeier*

DIETER DAMMEIER
Attorney for Plaintiffs

**MEYERS NAVE**

Dated: <u>              </u>

EDWARD L. KREISBERG
Attorneys for City of Santa Clara

APPROVED AS TO FORM AND CONTENT

                                        DAMMEIER LAW FIRM

Dated: _____

                                        _____
                                        DIETER DAMMEIER
                                        Attorney for Plaintiffs


                                        MEYERS NAVE

Dated: _10/17/19_____

                                        _____
                                        EDWARD L. KREISBERG
                                        Attorneys for City of Santa Clara

## **EXHIBIT A**

LIST OF NAMED PLAINTIFFS AND PAYMENTS TO EACH

| | |
|---|---|
| Christopher Gaffney | $41,122.80 |
| Andre Jerome Soto | $9,783.91 |
| John C. O'Leary | $18,992.40 |
| Guido Quartarolli | $28,678.86 |
| Jeff Provancher | $12,456.86 |
| Total: | $111,034.35 |

**EXHIBIT B**

LIST OF "FIREFIGHTER" PUTATIVE PLAINTIFFS AND PAYMENTS THE CITY WILL PAY TO EACH
FIREFIGHTER PUTATIVE PLAINTIFF UNDER THIS AGREEMENT (with tolling agreement, and executed
and/or offered  Releases)

| Name | AMOUNT |
|---|---|
| ADAME, PHILIP | $982.59 |
| AIELLO, BRIAN VICTOR | $939.17 |
| AMATO, JAMESON A | $1,090.64 |
| ANDERSON, CRAIG D | $817.87 |
| ANTONELLI, MICHAEL D | $493.78 |
| ARNAUDO, JAMES B | $857.27 |
| AYLLON, AITOR I. | $6,107.72 |
| AZOFEIFA, JOSHUA STEPHEN | $1,793.90 |
| BAHK, DOJOON | $190.59 |
| BAKER, KORDELL O | $1,466.87 |
| BARNES, MICHAEL T | $695.33 |
| BATTAGIN, DAVID M | $1,310.41 |
| BATTIATO, ERIC JOSEPH | $9,989.54 |
| BAWDEN, KSENIA EVGENYEVNA | $12,220.85 |
| BEALS, JASON ANDREW | $1,441.07 |
| BECKNALL, JEFFREY T. | $1,827.40 |
| BERNARDO, D NICK K. | $497.67 |
| BESLAGIC, ELVEDIN | $10,371.30 |
| BOUCHER, JON P | $2,588.38 |
| BRAZIL, SOULMAZ | $787.13 |
| BUCHANAN, KEVIN D | $610.16 |
| BUZZELL, TROY M. | $2,031.34 |
| CANTANHO, TREVOR N | $8,907.22 |
| CARTER JR., GAIL W. | $4,147.73 |
| CHIB, SIDDHARTHA | $1,790.59 |

| Name | AMOUNT |
| --- | --- |
| CHRISTIAN, DOUGLAS B | $1,795.14 |
| COLE, MICHAEL G. | $3,043.83 |
| CONTRERAS, ROBERT | $3,573.54 |
| COOK, MITCHELL THOMAS | $12,626.94 |
| CORTAZZO, DANIEL C | $1,029.80 |
| DE SANTIS, MARIA | $2,756.98 |
| DELGADO, NICHOLAS M | $1,558.18 |
| DESCHAMPS, RYAN THOMAS | $10,284.49 |
| DHILLON, SAROJ BALA | $1,689.96 |
| DIBERNARDO, ANTHONY J. | $4,915.40 |
| DRUMRIGHT, AARON R | $2,295.78 |
| DUPERLY, JAMES D | $5,539.17 |
| EICHHORN, CHRISTOPHER M. | $2,394.05 |
| ESTRADA VALENCIA, HUGO EMILIO | $185.90 |
| FELDER, LAURIE L | $435.29 |
| FETZ, ERIC E | $4,953.70 |
| FLOURNOY, ROBERT KENNETH | $10,569.92 |
| FOGLEMAN, KEVIN D. | $5,232.26 |
| FORD, NATHAN MARIO | $168.21 |
| GALINDO, RODRIGO P. | $1,841.78 |
| GANDY, AARON P. | $985.95 |
| GAUKEL, BRIAN P. | $2,737.68 |
| GLADFELTER, CHRISTOPHER IAN | $185.43 |
| GOBER, SIMON FRANCOIS | $11,658.90 |
| GOLOVEY, DMITRIY | $12,008.40 |
| HALE, BRANDON M. | $3,436.22 |
| HALL, WILLIAM JAMES | $1,743.20 |
| HARKINS, ELIZABETH A. | $2,678.11 |
| HARRINGTON, DANIEL GREGORY | $11,407.29 |
| HEALY, MAEKIN PHILLIP | $2,799.45 |

| Name | AMOUNT |
|---|---|
| HERNANDEZ, CARLOS A. | $2,873.62 |
| HERSCOVITCH, MICHAEL D | $3,858.22 |
| HLOUSEK, MARCELL R | $738.17 |
| HOOS, DAVID J | $1,204.65 |
| HOWARD, PATRICK A | $4,493.39 |
| JARAMILLO, STEVEN S | $2,333.10 |
| JOLLIFFE, WYATT MICHAEL | $1,549.94 |
| JUNGE, SEAN MICHAEL | $3,747.98 |
| JYUNG, KEITH K | $2,053.49 |
| KASTNER, STEVEN CHARLES | $12,938.26 |
| KAUFMANN, MICHAEL LAWRENCE | $2,330.58 |
| KELLER, KEVIN S | $909.01 |
| KENT,DAVID WARNER | $11,740.09 |
| KLEINHEINZ, PHILLIP M. | $3,587.89 |
| KNIGHT, JAMIN J | $2,861.73 |
| LAMBERT, CHARLES C. | $1,752.88 |
| LEDUC, EMILE D | $2,797.75 |
| LERNER, LUKAS KURIN DOUGLAS | $10,092.05 |
| LOMBARDO, DAVID A | $2,045.66 |
| LOPEZ JEFF PETER | $519.58 |
| LUCERO, VINCENT A | $2,094.76 |
| LUIZ, NICHOLAS J | $1,646.95 |
| MADDEN, JOHN D | $192.88 |
| MALONEY, KEVIN J | $986.78 |
| MANY, PETER V. | $2,155.51 |
| MAR, LARRY M | $4,212.51 |
| MARRONE, PHILLIP ROSS | $12,858.40 |
| MARTIN, PHILIP V | $1,165.71 |
| MASAMORI, TYLER PRENTICE | $583.86 |
| MATTIER, JASON M. | $2,357.04 |

| Name | AMOUNT |
|---|---|
| MAYA, EDUARDO CRIS | $10,338.05 |
| MAYEDA-TAYLOR, DERRICK AKIRA | $190.40 |
| MCFARLANE, CRAIG D | $1,893.18 |
| MCGEE, MICHAEL C. | $1,662.22 |
| MCGHIE, ZACHARY E | $3,540.15 |
| MENDEL, ISAAC LAWRENCE | $37.71 |
| MERRICK, BRANDON | $611.98 |
| MERVINE, ELI A. | $2,785.74 |
| MEYER, NICHOLAS E | $2,364.40 |
| MICHAELS, SAMUEL E | $3,163.80 |
| MILLER, ANDREW J | $952.88 |
| MOLINA, BEVERLY S | $632.15 |
| MONACHINO, CALOGERO | $4,057.93 |
| MONTANA, WILLIAM A | $751.04 |
| MOSES, MARK C | $544.08 |
| MULDOON, MICHAEL R | $96.28 |
| MURGALLIS, MICHAEL P | $592.54 |
| MURGALLIS, PETER W. | $2,674.30 |
| ORLANDO, JEFFREY J | $1,575.26 |
| OROZCO, JOSE EDUARDO | $20,133.94 |
| OWENS, DANIEL TAYLOR | $3,597.76 |
| PANKO, JENNIFER LOUISE | $220.58 |
| PAPALIAS, GORDON A | $1,591.48 |
| PASCOAL, ANTHONY B. | $1,912.67 |
| PASCOAL, PETER T. | $1,803.11 |
| PEREZ, AURELIO G | $160.97 |
| PERRY, ROBERT LEONARD | $215.58 |
| POLONI, STEPHANIE LOANN GLENN | $696.39 |
| PRICE, BRIAN J | $1,524.80 |
| QUEEN, MATTHEW C | $1,678.65 |

| Name | AMOUNT |
|---|---|
| QUINLEY, RYAN ANDREW | $11,932.97 |
| RAAFAT, SEBASTIAN JAHANSHAH | $9,044.68 |
| RAY, JEREMY R | $1,363.22 |
| REIOUX, PHILIP T. | $3,732.23 |
| RENSHAW, CHRISTOPHER ROBY | $11,576.44 |
| RESTANI, DOMINIC JOSEPH | $1,450.18 |
| RESTANI, NICHOLAS A. | $2,837.94 |
| RICE, DANIEL JOHN | $10,734.11 |
| RICHARDS, KELLEY EMIL | $4,352.43 |
| RIDER, JASON T | $10,920.16 |
| RIOS, BRYANT ALEXANDER | $10,940.18 |
| ROSE, DANIEL A | $659.99 |
| SANCHEZ-PALMADA, MIREYA FRANCISCA DOLORES | $27.95 |
| SCHMITZ, CARDIFF L. | $3,502.52 |
| SELLERS, MATTHEW R. | $2,270.90 |
| SELVES, MARK T | $542.18 |
| SHADDLE, DENNIS R | $2,590.18 |
| SHOEMAKER, RYAN TYLER | $2,359.97 |
| SILVA, STEVEN | $595.27 |
| SIU, KENNETH E | $3,297.57 |
| SMITH,KEVIN CAMERON | $2,088.39 |
| SORENSEN, SCOTT D | $1,223.20 |
| STEIN, MOLLY ELIZABETH PRITZ | $36.00 |
| TINSLEY, JESSE DAVID | $6,596.43 |
| TOMLIN, JAKE TREVOR | $210.14 |
| TRAN, HUONG GIANG T | $4,836.21 |
| VANNI, MARK A | $3,581.28 |
| VISO JR., CHARLES JOSEPH | $2,227.57 |
| VO, TRUNG M | $205.16 |
| WALSH, PATRICK A. | $2,522.49 |

| Name | AMOUNT |
|---|---:|
| WEIRSHAUSER, CAMERON LEE | $199.06 |
| WILDEROTTER, CHRISTOPHER J. | $4,617.31 |
| WILKIE, TRISTON CHARLES | $2,404.27 |
| WILLIAMS, DAVID J | $42.19 |
| WILLIAMS, KLAYTON DOUGLAS | $12,932.35 |
| WILLIS, SAMUEL VALENTINE | $245.81 |
| YEE, DENNIS J | $1,998.22 |
|  |  |
| **Total** | $515,867.08 |

**EXHIBIT C**

LIST OF PUTATIVE PLAINTIFFS IN CLASSIFICATIONS OF POLICE OFFICER, POLICE SERGEANT
AND POLICE LIEUTENANT (no tolling agreement; no offered or executed prior Releases)

| NAME | AMOUNT |
|------|--------|
| ADJEI, HARRY NII NORTEY | $ 704.02 |
| AHMED, ARSALAN | - |
| ALFORD, TIMOTHY M | $ 0.91 |
| AMINYAR, WALI A | $ 598.48 |
| AMOS JR., EARL B | $ 2,751.41 |
| BAILEY, RICHARD J | $ 198.86 |
| BARRY, JENNIFER LYNN | $ 88.14 |
| BARRY, MARK W | $ 2,595.13 |
| BARRY, MITCHELL K. | $ 60.44 |
| BELL JR., DOUGLAS R | $ 270.36 |
| BELL, CHRISTOPHER T | $ 16.31 |
| BERTAUCHE, DEREK Y | $ 51.20 |
| BOALES, RAYMOND DOUGLAS | - |
| BONENBERGER, MARK W | $ 434.22 |
| BONILLA, GEENAMARIE LUCIA | - |
| BOURBON, RANDOLPH J | - |
| BOWERS, PATRICIA MARIANNA | - |
| BRITTON, DAVID J | $ 1,282.57 |
| BRONTE, NICHOLAS S. | $ 1,674.72 |
| BURDE, DANIEL P. | $ 381.65 |
| BUSMIRE JR., KEITH BRIAN | $ 95.53 |
| CARDIN, KYLE F. | $ 191.83 |
| CARDIN, TROY A. | - |
| CARLETON, MICHAEL D | $ 2,723.59 |
| CARREIRA, RAYMOND J | $ 1,572.39 |
| CAWLEY, SEAN M | - |

| | |
|---|---|
| CLARKE, KURT G | $ 4,691.47 |
| CLOUSE, PATRICK P | $ 2,872.76 |
| COLE, BRETT R | - |
| CRAIG, JOSHUA ALLEN | $ 15,163.89 |
| CRESCINI, MICHAEL R | $ 327.46 |
| CRESCINI, NATHAN CHRISTOPHER | $ 1,155.36 |
| CUMMINS, TODD M | $ 97.08 |
| CUSIMANO, NICHOLAS S. | $ 134.09 |
| D'AMICO, JASON BENASSI | $ 154.16 |
| DANIELS, BRIAN KEITH | $ 483.05 |
| DAVIS JR., WILLIAM C | $ 1,315.56 |
| DEGER, GREGORY THOMAS | $ 6,400.38 |
| DILLER, CODY | - |
| EDELEN, MICHAEL HENRY | $ 18.59 |
| ELLIS, JAMIE N. | - |
| ENOS, ARIC C. | $ 658.41 |
| ERICKSON, LUKE M. | $ 3,765.93 |
| ERNST, STEVEN R. | $ 2,657.47 |
| ESTES, KEVIN M. | - |
| ESTES, PATRICK B. | $ 4,613.96 |
| FACHKO, JORDAN DANIEL | $ 10,158.54 |
| FANUCCHI, JOHN J | - |
| FILO, LOI | $ 35.40 |
| FITTING, RICHARD L | $ 6,624.98 |
| FITZGERALD, SCOTT P | $ 6,117.86 |
| FRASER, KEVIN D | - |
| GACAYAN, PATRICK JAMES | $ 1,936.87 |
| GARCES, PAUL C | - |
| GARCIA, MICHAEL | - |
| GERBRANDT, DOUGLAS GENE | $ 321.80 |
| GILBERT, BRIAN M | $ 4,493.92 |

| | |
|---|---|
| GILMER, CHRISTOPHER D. | $ 1,183.89 |
| GRATNY, THOMAS J | $   316.91 |
| GREEN, JOHANNA ALICIA | $ 4,991.70 |
| GREEN, TYSON S | $ 1,966.03 |
| GUTIERREZ, ROBERTO | $ 1,568.74 |
| GUTIERREZ, ROGELIO | $ 14,846.58 |
| GUZMAN, JASON RICHARD | - |
| HABIB, TEDROS ALI | $ 302.61 |
| HAGG, FRANK M. | $ 1,246.56 |
| HENDERSON, BAB | $ 6.50 |
| HENDERSON, KENNETH R | $   834.90 |
| HENRY, NORMAN O | $ 2,791.08 |
| HIGGINS, JOSHUA A. | $   558.97 |
| HILL, GREGORY D | $ 1,000.74 |
| HOESING, STEVEN L | $ 1,014.54 |
| HOGAN, MATTHEW T | $ 2,755.64 |
| HORN, MICHAEL E. | $   849.36 |
| HOSMAN, GARY L | $ 2,539.21 |
| HOWARD, WESLEY ALAN | $ 5,034.94 |
| JANSSEN, ERIC C. | $ 42.62 |
| JIMENEZ, AMANDA MONIQUE | - |
| JOHNSEN, TROY T | $   290.12 |
| KNIGHT, KERRY D | $    19.16 |
| KNIGHT, STEPHANIE MIKA | $ 4,465.67 |
| KOEHLER, JASON A. | $ 4,349.19 |
| LAGERGREN, ERIC J | - |
| LAGERGREN, SASKIA NICOLE | - |
| LANGE, ALEC C | $    59.30 |
| LAYTON, ANTHONY J | $ 1,118.39 |
| LEE, BRIAN R | $ 3,556.96 |
| LEIPELT, THOMAS W | $   351.36 |

| | |
|---|---|
| LIU, TOM SHENG CHI | $   161.85 |
| LOPEZ, PABLO G | - |
| LUTZ, WILLIAM A. | $ 1,068.18 |
| MACFARLANE, STACY R | $ 1,199.52 |
| MACHADO, DAVID A | $   879.02 |
| MALAE, JACOB F | $   13,236.38 |
| MARINES, DAWN M | $   249.93 |
| MARTIN, LUIS | - |
| MARTINEZ, ROBERT | $ 1,734.24 |
| MCCOLLOCH, KEVIN JOHN | $ 2,733.89 |
| MCDOWELL, JOHN M | $   1.88 |
| MCGUIRE, ANDREW | - |
| MEAD, JUSTIN C. | $ 3,173.73 |
| MEAD, KEVIN BRIAN | - |
| MEAD, SCOTT D | $ 4,277.16 |
| MICELI, SAMUEL JOSHUA | $ 6,546.89 |
| MIDDLEKAUFF, CRAIG D | $   604.13 |
| MINE, MICHAEL ISEKICHI | - |
| MIRANDA JR., RONALD L | - |
| MORENO, DANIEL S | $ 3,058.86 |
| MORGAN, CORY B. | $ 3,930.04 |
| NAGATA, KENNETH KOICHI | $    44.63 |
| NELSON, THOMAS J. | $ 1,866.00 |
| NGUYEN, KIET T | $   978.29 |
| NGUYEN, NICK | $   316.47 |
| NICHOLS, COLT C | $   231.35 |
| NIELEPKO, MAXIMILIAN ALEXANDER | $ 1,378.25 |
| NIESEN, TRAVIS J. | $ 4,982.41 |
| NIKOLAI, PATRICK M | - |
| OGG II, JERRY L. | $   472.58 |
| OLIVER, JOSEPH M | $ 1,620.62 |

| | |
|---|---|
| OTICO, RENE-JOHN G. | $    65.58 |
| OVER, MARTIN S | - |
| PAOLINETTI JR., ROBERT J | $    75.24 |
| PARKER, ANTHONY J. | $  881.69 |
| PATE, JOHNATHAN E | - |
| PHAN, CUONG N. | $ 3,908.32 |
| PIANTO, ANTHONY JOHN | $ 3,859.52 |
| PILGER, CHRISTOPHER J | - |
| PILGER, KENIA SOTO | $  341.56 |
| RICHARDS, NICHOLAS P | $ 2,864.69 |
| RODRIGUEZ, ALYSSA ANITA | $  69.62 |
| RODRIGUEZ, JERRY F | $ 4,704.00 |
| RUSH, DEREK N | $ 2,685.18 |
| SANDOVAL, DOMINIC | $  65.06 |
| SANDOVAL, JANICE RIVERA | $ 18.33 |
| SAUNDERS, FRANK J | $ 8,870.42 |
| SAVAGE, SCOTT MICHAEL | $  368.85 |
| SCHATZ, NICHOLAS BUCHANAN | - |
| SCHMIDT, JEREMY D | $ 2,538.65 |
| SCHNEIDER, DAVID R. | $ 3,234.92 |
| SELBERG, STEPHEN PAUL | $  36.14 |
| SERNA, MICHAEL J | - |
| SHAPIRO, CRAIG M. | $  338.42 |
| SHEARER, TYSON J | $ 3,400.61 |
| SHIMADA, MARK H | $  279.24 |
| SILVA, DUSTIN ANTHONY | $ 3,104.77 |
| SITLER, JAMES S. | - |
| SMITH, STEPHANIE LAUREN | - |
| SOTELO, MICHAEL DAVID | $  881.63 |
| STEK, STEPHEN BENEDICTUS | $ 1,026.77 |
| STEPHENS, PETER A. | $ 1,212.52 |

| | |
|---|---|
| STERKEL, BRYAN L | $ 26.29 |
| STEWART, COLIN ANTHONY | - |
| STROUD, MELISSA A | $ 462.15 |
| SUYDERHOUD, LAUREN ANN | $ 2,758.69 |
| SWENSON, BRIAN JEFFREY | $ 755.30 |
| TANQUARY, DAVID J | $ 349.46 |
| TERRY, JOHN B. | $ 183.35 |
| THOMPSON, JACOB CHRISTOPHER | $ 1,956.86 |
| TORKE, ALEXANDER E. | $ 5,913.69 |
| TRISKA, MARK DONALD | - |
| TYLER, SCOTT RICE | $ 5,327.28 |
| VAN DER HOEK, FRITS PIETER | $ 461.63 |
| VAN DIEMEN, RANDY D. | $ 3,638.05 |
| VELASCO, HILDA LIVIER | - |
| VIERRA, NICOLE MICHELLE | $ 530.69 |
| WICHT, ZACHARY CLYDE | $ 2,840.78 |
| WILLIAMS, BRYAN C. | $ 8,942.11 |
| WILSON, ADAM C. | - |
| WILSON, SCOTT A | $ 233.87 |
| WOLF, ALAN L | $ 1,178.32 |
| WONNELL, MICHAEL LOGAN | $ 192.81 |
| WRIGHT, JAMES DANIEL | $ 3,529.61 |
| WURDINGER, MATTHEW L. | - |
| WUTZKE, LOREN ALAN | $ 437.82 |
| ZAVALA, NATHALIE ROSE | $ 1.86 |
| | **$ 287,251.07** |

**EXHIBIT D**

LIST OF NON-FIREFIGHTER PUTATIVE PLAINTIFFS IN CLASSIFICATIONS OTHER THAN POLICE OFFICER AND POLICE SERGEANT (no tolling agreement; no offered or executed prior Releases)

# Unit 3

| NAME | AMOUNT |
|------|--------|
| AGUILAR, GERALD ALLEN | $ 52.37 |
| ALBERTS, RITA R | $ 4,612.90 |
| ALCANTAR, LEON A. | $ 5,194.35 |
| BAKER, RICHARD THOMAS | $ 2,678.46 |
| BALDERSTON, MARK BYRON | $ 7,853.52 |
| BANKSTON III, CHARLES WILLIAM | $ 4,880.34 |
| BAYDO, JOHN | $ 3,175.42 |
| BAZA, THEJON GILL | $ 3,690.38 |
| BROWN, BENJAMIN C | $ 3,060.75 |
| BUTERA, JOHN V | $ 912.97 |
| BUTTITTA II, LEONARD J | $ 5,160.27 |
| CARRASCO, DINDO AMADOR OCAMPO | $ 4,277.45 |
| COETZEE, DAWID H | $ 11,075.15 |
| CONTRERAS, MATTHEW D. | $ 13,864.76 |
| DELGADO, JESSE R | $ 10,385.97 |
| DIVENS, CHRISTOPHER F | $ 6,001.33 |
| DUNCAN, JEFFERY D | $ 2,249.21 |
| DUNN, CHRISTOPHER STEVEN | $ 3,308.51 |
| ELLIOTT, MATTHEW BLAINE | $ 8,035.90 |
| FOSS, WARREN E. | $ 8,104.20 |
| FOSTER, CHRISTOPHER R. | $ 5,830.77 |
| GARTNER III, JOSEPH | $ 1,087.70 |
| GORDON JR., LINGTON | $ 22,690.40 |
| GOSHIA, JAMES B | $ 4,331.38 |
| GRACE II, TIMOTHY P | $ 3,875.90 |

| NAME | AMOUNT |
|------|--------|
| GUERRERO, CHRISTOPHER B | $ 5,357.21 |
| GUERRERO, MARK A. | $ 13,624.24 |
| HALLMAN, THOMAS SCOTT | - |
| HARNISH, ANTHONY MICHAEL | $ 14,774.18 |
| HARRIS, CRAIG ROLLIN | $ 4,951.12 |
| HAYDEN, CHARLES B | $ 7,411.07 |
| HOLTZ, MARK L. | $ 21,986.51 |
| HOSTETLER, LEE FREEMAN | $ 3,074.26 |
| HUYNH, THUCVU QUOC | $ 18,651.37 |
| JAMES, MARK A | $ 60.24 |
| JOHNS, DAVID B. | $ 9,517.43 |
| KEATE, MICHAEL W. | $ 13,950.77 |
| KRISHNA, MADHU | $ 8,072.07 |
| KUBO, SHANE T. | $ 9,223.08 |
| LANE, STEVEN A | $ 5,524.80 |
| LIN, AUSTIN J. | $ 5,959.19 |
| LINDQUIST, CRAIG A | $ 10,771.10 |
| MAHARAJ, ARUN P | $ 2,830.00 |
| MANCHESTER, PAUL S. | $ 15,649.95 |
| MARKS, CHARLES M. | $ 13,040.55 |
| MCKERNAN, CHRISTOPHER P | $ 9,999.40 |
| MCKERNAN, GREGORY P | $ 1,163.78 |
| MELESURGO, LORI DYANNE | $ 7,238.79 |
| MENDIOLA, JOSEPH F. | $ 11,123.17 |
| MILLER, LANE HOWARD | $ 2,338.76 |
| MURRILL, JESSE MILES | $ 15,069.36 |
| NEUHERZ, SCOTT ANTHONY | $ 3,577.26 |
| O'BRIEN, PATRICK KEVIN | $ 534.98 |
| OCHOA, ANTONIO V | $ 21,716.41 |
| O'CONNELL, THOMAS DANIEL | $ 1,908.01 |

| NAME | AMOUNT |
|------|--------|
| ORLANDO, LAWRENCE A | $ 5,856.77 |
| PAGTULINGAN, TIFFANY QUIVA | $ 29.74 |
| PEXTON, STEVEN E. | $ 5,877.75 |
| PHUNG, MINH H. | $ 16,498.81 |
| POPIEL, STEVE JOSEPH | $ 983.02 |
| PRITCHARD, ROBERT J | $ 7,917.31 |
| QUIJADA, BRANDON PAUL | $ 14,458.56 |
| RAMBIS, RANDALL C | $ 3,443.92 |
| RICHMOND, NATHAN ALEXANDER | $ 3,785.18 |
| ROBERTS, BRYANT J | $ 2,971.09 |
| RYKER, DAN W | $ 960.67 |
| SAN PEDRO JR.,LEONARDO D | $ 432.82 |
| SANDERS, JOHN L | $ 10,727.85 |
| SAVAGE, MATTHEW DOUGLAS | $ 5,444.94 |
| SIMPSON, KEVIN J | $ 4,893.30 |
| SLADWICK, JOSHUA A. | $ 7,854.88 |
| ST CLAIR, CHAD MICHAEL | $ 1,154.57 |
| SUYEDA, ROBERT F | $ 1,690.12 |
| SYLVIA, MARCO PAULO | $ 4,228.68 |
| TAPIA-LOPEZ, BULMARO | $ 6,419.26 |
| TAYLOR, CHRISTOPHER ARTHUR | $ 20,490.98 |
| TOMARO, KURT ANTHONY | $ 10,796.70 |
| TORRES, PAUL A | $ 5,526.56 |
| TSOSIE, JACOBSEN | $ 3,589.89 |
| TUCKER, JAMES R | $ 10,723.34 |
| VALDEZ, ANTHONY D | $ 4,931.37 |
| VARNER, RICHARD F | $ 4,062.87 |
| VELOZ, RICHARD G. | $ 1,732.38 |
| VENTURA, BAYANI ALBINO | $ 8,077.29 |
| VITARELLI, MICHELE A | $ 7,659.78 |

| NAME | AMOUNT |
|---|---|
| WATERHOUSE, PHILIP J | $ 5,184.53 |
| WEBB, JUSTIN LEWIS | $ 5,301.18 |
| WHITFIELD, JASON MICHAEL | $ 239.72 |
| WHITNEY, JEFFREY A | $ 3,691.32 |
| WIERZBICKI, JOSEPH C. | $ 2,596.28 |
| WILLIAMS,J OHN R. | $ 86.86 |
| WOERNER, CHRIS CHARLES | $ 11,180.67 |
|  | **$ 616,990.38** |

# Unit 6

| NAME | AMOUNT |
|---|---|
| ALEJO, RALPH A. | $ 4,681.26 |
| ALIGO, LAWRENCE S | $ 1,382.40 |
| ALLAN, JAMES K | $ 199.57 |
| ALLEN, DANIEL WILLIAM | - |
| ARRIGHI, JASON DANIEL | $ 924.29 |
| AUERBACH, ALEXANDRE L | $ 284.08 |
| BANUELOS, ESTEBAN | $ 1,785.74 |
| BARBA, DOMINIC CHRISTOPHER | $ 4.05 |
| BEDELL III, EDWARD S | $ 3,650.83 |
| BEGLEY, GARY M | - |
| BELTRAN, JORGE M. | $ 3,550.48 |
| BEZERRA, CHRISTOPHER JOHN | $ 1,636.48 |
| BILLINGSLEY, JACOB WILLIAM LAWRENCE | - |
| BLANCHETTE, ROBERT D | $ 67.92 |
| BLASQUEZ, PAUL E. | $ 256.57 |
| BLEVINS, PATTI L | $ 676.45 |
| BOBIAS, DANIEL H. | $ 12,377.59 |
| BOUGHTON JR., CHARLES ANTHONY | - |

| NAME | AMOUNT |
|---|---|
| BRADBURY, BRIAN CHRISTOPHER | $ 510.68 |
| BRICKMAN, BRIAN M | $ 530.44 |
| BUTLER, JOHN JOSHUA | $ 256.73 |
| CABRAL, DANIEL JOHNATHAN | $ 2,274.26 |
| CADENA, JOSE FRANCISCO | $ 4,607.20 |
| CALIBOZO, HENRY A | $ 5,981.20 |
| CALVO, DOMINIC FRANCISCO | $ 23.28 |
| CARDOZA, DAVID M | $ 7,541.85 |
| CARLSON, BRIAN PATRICK | $ 5,162.56 |
| CARRILLO, FELIPE | $ 20,291.94 |
| CARTER, BRYAN JOE | - |
| CASAS, CONRADO M. | $ 620.04 |
| CASTRO JR., PEDRO | $ 4,226.81 |
| CASTRO JR., REINALDO | $ 1,438.68 |
| CHALOUX, MORGAN DYLAN | $ 1,477.15 |
| CHELL, BRYAN JOSEPH | $ 22.11 |
| CLARK, TANNER ROBERT | $ 2,557.60 |
| CONTRERAS, ROGER | $ 4,605.28 |
| CORMAN, BRETT R | $ 84.29 |
| CORREIA, DOMINGOS A | $ 293.80 |
| DAUENHAUER, LARRY C | $ 226.63 |
| DEAN, ERIK M. | $ 140.37 |
| DESTAILLATS, JON M | $ 1,412.30 |
| DIAZ, CESAR | $ 9,462.29 |
| DOMONDON, NOEL C. | $ 7,767.92 |
| DOYLE, PAUL | $ 4,858.92 |
| DUDLEY, JAMES RUSSELL | $ 409.98 |
| ESTAVILLO, EDWARD W | - |
| ESTRELLA, DAVID C | $ 2,131.50 |
| FARFAN, TOM J | $ 84.46 |

| NAME | AMOUNT |
|------|--------|
| FARIA, MICHAEL JOSEPH | $ 1,874.29 |
| FAUGHT, CHRIS | $    179.31 |
| FERNANDEZ, JOSE MANUEL | $  5,437.10 |
| FERRARIS JR., ARMANDO M. | $  1,743.12 |
| FITZPATRICK, KENYATTA JEROME | - |
| FLEXEN, CRAIG | - |
| FOSTER, CHRISTOPHER R. | $ 1,267.91 |
| FRANCISCO, PHILIP R. | $ 4,817.10 |
| FUENTES, LUPE | $  121.81 |
| GAONA, CARLOS T | $ 114.71 |
| GARCIA JR., JUAN | $ 1,642.58 |
| GARCIA, SERGIO P | $ 513.36 |
| GARDEA, ARMANDO J | $ 54.73 |
| GAXIOLA, ALBERT J. | $ 3,013.31 |
| GECAINE, EDDIE SON | - |
| GENCO, DANIEL K. | $ 5,700.29 |
| GERMANO, NICHOLAS L. | $ 1,747.41 |
| GIBBS, CHRISTOPHER RAY | $ 16.61 |
| GRACIANO JR., JOHN T | $ 323.97 |
| GRAY III, CHARLIE LEE | $ 1,885.30 |
| GRIBBEN, ERIC DAVID | $ 4,626.20 |
| GRIFFIN, ROBERT C. | $ 66.70 |
| GUAJARDO, ALFREDO | $ 2,007.71 |
| HALL, ROBBIE T | $ 577.16 |
| HELDT, THOMAS E | - |
| HERNANDEZ JR., JESUS | $ 519.88 |
| HERNANDEZ, SAMUEL R. | - |
| HERNANDEZ, TZIRAHUEN MARIN | $ 3,703.47 |
| HILL, MATTHEW L | $ 5,263.37 |
| HOLLYWOOD III, DANIEL J. | $  389.24 |

| NAME | AMOUNT |
|------|--------|
| HOSTETLER, LEE FREEMAN | $  1,923.37 |
| HSUEH-MARTIN JR., JOHN N | $   2.63 |
| IBARRA, RICARDO | $  8,925.64 |
| JAMES, MARK A | - |
| JIMENEZ, ESTEBAN A | $ 250.29 |
| JOHNSON, DANIEL CHRISTOPHER | $ 23.28 |
| JOHNSTON, CHARLES E | $  1,313.53 |
| JONES, GARETH BARRY | - |
| JUAREZ SANCHEZ, CARLOS JULIAN | - |
| KHOURY, ANTHONY GEORGE | - |
| KODAMA, JASON AKIRA | $  6,397.31 |
| KODAMA, JEFFERY Y. | $  4,377.99 |
| KOEPPLIN, GRANT JUSTIN | $  3,085.17 |
| KORN, DONALD G | - |
| LARA, DAVID A | $  1,570.82 |
| LARKIN, TREVOR D | $  199.85 |
| LEAMAN, ANTHONY J | $  3,254.26 |
| LEON, GILBERT V | - |
| LEWANDOWSKI, JAMES A | $  6,965.62 |
| LINAFELTER, GARY M | $  4,052.89 |
| LOPEZ, OLIVIO B | $   260.97 |
| LUFKIN, DARREN W | $  9,387.98 |
| LUNA III, JOSEPH G | $   745.41 |
| LUNA IV, JOSEPH ROBERT | $  2,208.53 |
| MANIGLIA, RONALD G | - |
| MANUEL, LUKAS ANDREW | $   410.33 |
| MARTINEZ, CARLOS | $  1,473.60 |
| MARTINEZ, JULIAN T | $   417.99 |
| MCCULLOUGH, THOMAS ALAN | - |
| MCDOWELL JR.,DENNIS E | - |

| NAME | AMOUNT |
|------|--------|
| MELGOZA, JAVIER | - |
| MILAZZO, BRYAN M | $ 79.52 |
| MILLER, JACK D | $  6,780.54 |
| MITCHELL, CHARLES K | - |
| MONTEIRO, CARLOS A | $     439.82 |
| MORASH, JAMES K. | $  2,965.93 |
| MORENO, DANIEL C | $  8,467.46 |
| MORENO, GABRIEL A. | $  2,916.90 |
| MYERS, CLIFF J | $  6,461.39 |
| NAJAR JR., RAMON J. | $  5,711.46 |
| NAKAMURA, KRAIG KIYOSHI | $  2,545.13 |
| NIEVES, VICTOR TODD | $  3,517.60 |
| O'DELL, TODD R | $  5,210.28 |
| OREJEL GARCIA,ROBERTO | - |
| ORENDAIN, JOSE S. | $     544.63 |
| ORR, CHRISTOPHER ROBIN | $  3,367.85 |
| OSUNA, MOISES F | $ 38.86 |
| PANTEL III, HOWARD WILLIAM | - |
| PENVENNE, PERRY T | $  1,677.84 |
| PEREIRA, STEVEN W | - |
| PEREIRA, VINCENT WILLIAM | $  3,989.20 |
| PERRAULT, EVERETT GASPAR BRAVO | $ 32.37 |
| PERRY, ROBERT MANUEL | $ 53.09 |
| PETERSON, SEAN P | $  6,985.23 |
| PICARD, GARRICK R | $     132.81 |
| PINHEIRO, JUSTIN JOSEPH | $  2,466.78 |
| PINHEIRO, PAULO | $     358.65 |
| PLACENCIA, JASON A. | - |
| RAMIREZ AMADOR,FELIPE U | $  4,396.96 |
| RAMOS, ROBERT A | - |

| NAME | AMOUNT |
|------|--------|
| RASUL, JACOB J | $   5.40 |
| REED, CODY AUSTON | $   1,473.83 |
| REED, DAVID A | $   290.61 |
| REED, MICHAEL R | $ 84.29 |
| REGALA, TREVEN MARC | $   3,728.19 |
| RESENDEZ, BENITO J | - |
| REYES JR., FIDEL G | $   105.52 |
| REYES, MICHAEL STEPHEN | $   361.03 |
| REYES-LOPEZ, GILBERTO PABLO | - |
| REYNOLDS, CONRAD Q | $   9.01 |
| RIVERA, ANTHONY J. | $   5,480.88 |
| RODRIGUEZ, PETER LOUIS | $   1,857.12 |
| ROMAGNA, MARK P | $   1,223.62 |
| ROSA, CHRISTOPHER J | $   266.38 |
| ROSA, EVAN J. | $   103.67 |
| SALINAS, RAMIRO E | $   417.94 |
| SARVER, LARRY STEVEN | - |
| SILVEIRA, LUIS ALBERTO | - |
| SLADWICK, BRIAN D. | $   4,251.32 |
| SLADWICK, JOSHUA A. | $   968.55 |
| SNYDER, DONALD D | $   1,248.37 |
| SOLIS, EDUARDO P | - |
| SOTO, PETER RICKEY | $   141.37 |
| SOUMOUNTHA, ALBERT VIJAYA | $ 37.13 |
| SOUSA JR., JOHN SOARES | - |
| SOUZA, JOSEPH EDWARD | - |
| SPEARMAN, LAWRENCE ALBERT | $   1,359.58 |
| STAGI, MARCUS REY | $   3,227.91 |
| TAMONE, BROOKS LOUIS | $   1,137.95 |
| TEIXEIRA, TOM S | $   504.74 |

| NAME | AMOUNT |
|------|--------|
| TILLMAN, RONNIE S | - |
| TON, EDWIN G. | $   1,704.01 |
| VALADEZ, CRUZ | $   1,046.73 |
| VALDEZ, LEONEL | $   7,197.84 |
| VERGANO, VINCENT P | $      814.52 |
| VILORIA, JOE Q | - |
| WARE, WILLIAM W | $   1,110.89 |
| WIELER JR., GRANT DUBREUILLE | - |
| ZENDEJAS JR., MIGUEL A. | - |
| | **$ 334,630.78** |

# Units 5, 7 and 8

| NAME | AMOUNT |
|------|--------|
| ABERNETHY II,DOUGLAS F | $ 2,093.99 |
| ADAMS-MCCANN, BERNADETTE | - |
| ADIB, OMEED | - |
| AGRAWAL, NIMISHA | $ 53.85 |
| AKIN, LINETTE | $ 996.34 |
| ALHAZ AKAYDIN, NEVIN | - |
| ALTAMIRANO, KRISTIN N | - |
| ALVAREZ, KATTY LIZA | $ 206.87 |
| ALVES, JEANNINE THERESE | - |
| ALVES, VICTOR GEORGE | $ 352.42 |
| ANDRADE, TATIANA LORENA | - |
| ARMAS, JOSE F | $ 2,092.80 |
| ARTERBURN, STEPHAN PAUL | $ 10,228.95 |
| ASUNCION, DIANE FORONDA | - |
| AVALOS VILLALOBOS, ROSA E | $ 310.70 |
| AZCONA, CARLOS ENRIQUE | - |

| NAME | AMOUNT |
|---|---|
| BALQUIEDRA, EDWIN SANCHEZ | $ 272.23 |
| BARNES, STEPHANIE A | $ 776.05 |
| BARRET, MEAGAN CHRISTINE | $ 4,297.55 |
| BATES, ANNA KATRINA M | $   48.42 |
| BEAULIEU, MILEE N | - |
| BENDANILLO, HAYLEY | - |
| BHAGAT, PAYAL | $ 177.92 |
| BHASKARAN, SHANTI | - |
| BILLINGSLEY, RONALD S | $ 560.76 |
| BLANCHARD, LINDA A. | $ 2,232.24 |
| BLANDFORD SR., CHRISTOPHER J | $ 1,486.41 |
| BLIGHT, BEN J | $  98.83 |
| BLUMENSON, MARIA FATIMA | $ 2,443.40 |
| BOBIAS, DANIEL H. | $ 480.65 |
| BOGAN, VERONICA D | - |
| BOTTELLI, MARY LEE | $ 297.25 |
| BOYLE, MARY E | - |
| BRICE, SALLY S | $ 4,853.52 |
| BRITTON, JEFFREY P | $ 3,864.81 |
| BROOKSHIRE, HILLARY J | $  76.42 |
| BROWN, GARRETT M | $ 2,865.91 |
| BROWN, KAREN L | - |
| BROWN, LESLIE S | $ 790.15 |
| BROWN, VOULA D M | $   98.52 |
| BRYANT, DEREK ALAN | - |
| BUNCE, KATHY M. | - |
| BUSSEY, RONDI J | - |
| BUSTOS, REBECCA ANN | $ 786.66 |
| CABADA ,HORACIO A. | $ 955.19 |
| CALLEJON, CHARLES J | - |

| NAME | AMOUNT |
|------|--------|
| CALNAN, JAMIE MICHELLE | $ 552.95 |
| CANTER, ANTHONY B | $   11,197.92 |
| CAO, HONG M | $   11.99 |
| CARAVALHO, JENNIFER LEIGH | - |
| CARNESECCA, ANTHONY EDWARD | $ 833.27 |
| CARROLL, CHRISTOPHER JAMES | $   55.20 |
| CARTER, BRYAN JOE | $ 4.05 |
| CARTER, JESSICA A | - |
| CARTER, KATHERINE L | $   82.04 |
| CASEM, RICHARD P | - |
| CASEY, TAJINA EMI | $   59.35 |
| CASTILLO, JOEL V | $ 3,702.13 |
| CASTILLO, VICTORIA ALYSSA | - |
| CASTRO JR., REINALDO | $ 585.96 |
| CASTRO, IRENE SOLIS | - |
| CASTRO, MINETTE B | - |
| CHAIREZ, DIANA M. | $ 5,894.02 |
| CHAKALIAN, ANGELA MARIE | - |
| CHANG, ADA | $ 350.92 |
| CHAVES, WILLIAM J | $ 3,777.05 |
| CHEN, DEBBIE Y. | - |
| CHEN, YEN H | $ 672.01 |
| CHIN, ALLEN | $ 635.13 |
| CHIU, KELLY QUINN | $   21.96 |
| CHOI, YONG NAN | $   83.29 |
| CHOU, YU-LAN MARGARET | $   65.85 |
| CHRISTIAENS, CODY DEAN | - |
| CHUNG, REBECCA | $   89.57 |
| CHUNG ,RICHARD | - |
| COELHO, LINDA A | - |

| NAME | AMOUNT |
|------|--------|
| COOK, TYLER E. | $ 86.73 |
| CORNELIUS, KEVIN L | $ 37.20 |
| COTE,AMY  LORRAINE | - |
| COUNCIL, LAUREN E | - |
| COX,ARIELLE ROMERO | $ 507.42 |
| CREMER, MARCELLA D. | $ 2,164.00 |
| CRNOGORCEVIC, IKSIJA | $ 36.36 |
| CUCUZZA, SUE I | - |
| CUMMINGS, IZUMI T | - |
| CURREN, TERA LINDA | $ 4.10 |
| DALE, ANDY W | $ 406.19 |
| DAMIAN, NELSON M | - |
| DANG, TRAC CONG | - |
| DAUENHAUER, JENNIFER R | - |
| DE,ASOKE  KUMAR | $ 18,367.40 |
| DEJILLO, LORNA TEJADA | $ 95.45 |
| DEMPSEY, WILLIAM GERARD | $ 99.38 |
| DENG, RU WEN | $ 609.49 |
| DESOUSA JR., FRANK L | $ 2,506.67 |
| DEVRIES, GENEVIEVE G | - |
| DHAKNI, ERIC IMRAN | $ 548.32 |
| DIATTE, SUSAN A | $ 50.12 |
| DOAN, CHRISTINE HUONG DIEM | - |
| DODGE HERNANDEZ, VIVIAN MARIE | $ 361.96 |
| DOYLE, GARRETT A | $ 812.77 |
| DUERKSEN, ANNETTE YVONNE | $ 17.92 |
| DUHAIN, KRISTIN KATHERINE | $ 2,434.96 |
| DUQUE, ARISTOTLE A | $ 1,319.13 |
| EAM, LYHAK | - |
| ELIX, ADAM MICHAEL | $ 117.52 |

| NAME | AMOUNT |
|------|--------|
| ELIZONDO, MARY REBECCA | - |
| ELLIOTT, ELIZABETH S | $ 249.52 |
| ENTIZNE, STEPHANIE EILEEN | $   12.17 |
| ERSAHIN, SEDEF | $   38.46 |
| ESQUIVEL, CAMELIA M | - |
| FAZZI, WINDY LEE | $ 2,561.90 |
| FENG, LIN | $ 4,027.19 |
| FERNANDEZ, DEBBY L | $ 437.85 |
| FERNANDEZ, ROBERT NULLAR | $   70.62 |
| FERNANDO, MAYEEN GEROZAGA | - |
| FIGUEROA, GABRIEL ABACU | - |
| FONG, FELIX S | $   94.18 |
| FRANCIS, TAMRA LIN | $ 878.72 |
| FRANCISCO, PHILIP R. | $ 1,696.21 |
| FULK, CHERI L | $ 1,927.14 |
| FURSH, MARILYN G | - |
| GALLEGOS, JOSE F. | - |
| GAONA, DAWN D | - |
| GARAY, ZORAYA AMALIA | $ 2,288.26 |
| GARCIA, LYNN C. | $ 942.44 |
| GAWRONSKI, REBECCA MARIE | - |
| GECAINE, EDDIE SON | - |
| GENTRY, JASON E. | $ 1,331.68 |
| GEORGE, RANDALL B | $ 2,867.55 |
| GIANATASIO, WILLIAM G | $   59.83 |
| GILLETTE, HUE PHUNG | - |
| GOMEZ, DARLENE A. | - |
| GOODMAN, GWENDOLYN C. | - |
| GOODSON, TEMANI CHIEKO | - |
| GOSS, JAMES E | $ 3,253.59 |

| NAME | AMOUNT |
|------|--------|
| GRAHAM, MARK L | - |
| GREENWOOD, ROBERT M | $ 146.45 |
| GREGG, JENNY S | - |
| GRESHAM, NICOLE C. | $ 1,159.65 |
| GRZAN-PIERACCI, MAUREEN MICHELLE | - |
| GUARDADO, YESENIA | $   54.66 |
| GUPTA, SHIKHAR KUMAR | $   56.66 |
| GUTIERREZ, JORGE LUIS | - |
| GUTOWSKI, STEPHANIE | - |
| GUZMAN, JENNIFER MARIE | - |
| HANEL, MARY A | - |
| HANSEN, DOUGLAS A. | $ 4,775.87 |
| HARDWICK, AHCOMB R | $ 249.60 |
| HARRISON, ROBERT J | $   44.09 |
| HARRISON, RYAN I | - |
| HARROLD, DOUGLAS E | - |
| HAWKINS, JASON ISAAC | $ 120.90 |
| HAYES, MARIA O | - |
| HAYSE, DENNIS EDWARD | $   67.96 |
| HENG, CHRISTINE CHENG | - |
| HERB, JENNIFER V | - |
| HEREDIA-ALONZO, LAURA | $  4.24 |
| HICKEY, KARIN L | $ 1,409.22 |
| HICKEY, TIMOTHY A | - |
| HILL, JEAN-PAUL | $ 890.41 |
| HILLEY, SAMIRA | $  6.12 |
| HONDA, SHELTON S | - |
| HOSHIZAKI IWATA, GAIL MARI | - |
| HOYE, FOREST B | $ 911.17 |
| HSIAO, HUI-SHIN | - |

| NAME | AMOUNT |
|------|--------|
| HSU, JOYCE C | - |
| HUGHES, KATHLEEN SMILEY GUMMOW | $ 2,861.69 |
| HUGHES, RACHEL ANN | - |
| HUNT, FRANCINE M | $  3.65 |
| HUYNH, DAN HUU | $  8.19 |
| HUYNH, JESSICA H | - |
| HUYNH, LIEM CONG | $ 3,356.42 |
| HYATT, SUZANNE T | - |
| HYSON, AIMEE J | - |
| ICHIHO, GAYLE M | $ 1,012.88 |
| IVERS, SHEILA L | $ 235.45 |
| JAISINGH, VEENA | $  7.53 |
| JANZING, RONALD M | $ 4,874.54 |
| JARVIS, NICOLE MARIE | $   50.83 |
| JIMENEZ, LUIS A. | $   87.38 |
| JOHNSTON, CODY R | $   81.61 |
| JUESEEKUL, CHRISTOPHER TULA | $ 165.92 |
| KACHMANIAN, JOHN G. | $   61.05 |
| KADAM, JASHMA A | $ 1,648.56 |
| KAWADA, JON Y | - |
| KAZLAUSKAS, ROBERT S | $ 218.27 |
| KELLER, VERONICA GARCIA | - |
| KEPPEL, LUCY A | $ 580.00 |
| KERACHIAN, ELAHEH | $ 609.33 |
| KETTNER, ROBIN D. | - |
| KHEYFETS, KONSTANTIN YUR'YEVICH | $ 1,309.89 |
| KLINE, MARY K | $ 162.17 |
| KMETZ, KEVIN CHARLES | $ 138.39 |
| KOEPPLIN, GRANT JUSTIN | $ 4,876.36 |
| KOMENOVICH JR., ROBERT J | $ 2,743.89 |

| NAME | AMOUNT |
|------|--------|
| KONDOS, PAULETTE R | $   87.71 |
| KUMARLLEMOS, GAURAV | - |
| LA PLACA, ROBERT J | $ 2,159.08 |
| LACEY, SHAUN MICHAEL | $   75.27 |
| LAIGO, KIRK DOMINIQUE SANTOS | $ 359.00 |
| LARA, YOLANDA ANTONIA | $   53.28 |
| LAUGHLIN, SHARON M | $ 15,086.48 |
| LE, CHANH M | - |
| LE, KET Q | $ 130.37 |
| LE, MARIA LINH THUY | - |
| LE, STEVE NGHIA HOANG | $ 169.44 |
| LEE, CHERYL CAROLYN | $ 277.15 |
| LEE, KAR HANG | - |
| LEIJA, BEATRICE ARACELI | - |
| LEY, SIU LI | $ 3.03 |
| LEYERLE JR., HAROLD E. | $ 1,297.26 |
| LINGGI, KATHRYN M | $ 152.10 |
| LITZNER, SCOTT A | $ 861.51 |
| LOPEZ, HILDA B | - |
| LOPEZ, MAYRA | $ 121.21 |
| LOREDO, AMBER NICOLE | - |
| LUU, DUC T | - |
| LUU, HUNG T | $   21.43 |
| LY, MICHAEL | $ 408.05 |
| MACKENZIE, LESLIE C | $ 109.46 |
| MALKO, KELVIN R | - |
| MANUEL, LANE ALAN | $ 1,770.84 |
| MARASIGAN, LOURDES PINEDA | $   18.25 |
| MARDINI, RANIA | $ 106.18 |
| MARINIUK, SERGEY OLEGOVICH | $ 0.22 |

| NAME | AMOUNT |
|------|--------|
| MARSHALL, HERBERT J. | $   11.71 |
| MARTINEZ, CARMEN MARIA | - |
| MASADA, KAREN A | - |
| MAZZONE, JAMES A. | $ 1,101.31 |
| MCAVOY, JAIME LEANNE | - |
| MCDOWELL, CAROLYN M | $ 1,078.91 |
| MCGILL, ANNA CECELIA | $ 770.42 |
| MCGINLEY, JAMES A | $ 2,028.22 |
| MCGUIRE, DOUGLAS B | $ 201.08 |
| MCMILLAN, TIMOTHY ANGUS | $ 276.61 |
| MCWILLIAM, GINA M. | $ 508.11 |
| MEI, JIEWEN | $   47.05 |
| MELGOZA, MOISES | - |
| MENDOZA, RENALDO D | - |
| MESLO, MELISSA ANN | - |
| MIER, RODERICK G | - |
| MILLER, JON D | $ 174.79 |
| MILTON, ARIANNA NICOLE | $   35.59 |
| MIRANDA, INGRID M. | $ 250.25 |
| MO, FANGBIN | $ 527.51 |
| MOHAMMED, ZULEEKA SUFIAN | - |
| MOLINA, CLAUDIA RODRIGUEZ | - |
| MONCUR, STEVE PAUL | - |
| MONGEON, SHERYL A | $   43.85 |
| MORENO, ROBERT L. | $   75.54 |
| MORGIA, AMELIA S. | $   18.44 |
| MORIN, PATRICK F | $ 300.24 |
| MORTENSEN, FRANZ | $ 720.80 |
| MOYA, SHANNON IAN CAPILI | $ 612.77 |
| MUNIZ, SAL | - |

| NAME | AMOUNT |
|---|---|
| MUNOZ, IRMA | $ 4,219.99 |
| NALLAMOTHU, PRASAD M | $ 289.77 |
| NAVARRO, ASHLEY CELENE | - |
| NELSON, CANDY SUE | $   77.86 |
| NG, MEI IENG | $ 977.48 |
| NGO, TUYEN THANH | $ 254.17 |
| NGUYEN, HOA D | - |
| NGUYEN, MIA UYEN | $   95.45 |
| NGUYEN, MONICA T. | $ 197.54 |
| NGUYEN, THU PHAM T | - |
| NGUYEN, VINHLOC QUANG | $   65.57 |
| NICHOLAS, TAMELLA FAYE | $   97.21 |
| NICHOLS, ALLEN DALE | $ 262.16 |
| NICSEVIC, JOSEPH C | - |
| NIEVES, VICTOR TODD | $   93.27 |
| NOOR, FAIAZ UN | - |
| OBA, DARRICK M | - |
| OBERST, GERALD P | $ 1,039.63 |
| OCANA, ANGELA L | $ 220.01 |
| OESCHGER, DAVID V | $ 3,445.32 |
| OLEJNIK, MICHAEL THOMAS | $ 152.92 |
| ORR, PHILIP M | $ 667.52 |
| PACHECO, SANDRA P | $   45.13 |
| PADILLA, JUAN SALVADOR | $   92.30 |
| PAK, PAUL D | - |
| PALACIOS, MATTHEW R | $   32.86 |
| PARTOLAN, ROSEMARIE L | - |
| PAUL, ANDREW NICHOLAS | $ 9.39 |
| PAUL, ELLEN AMELIA | $   31.48 |
| PEARCE, EMELIE A | $ 361.22 |

| NAME | AMOUNT |
|------|--------|
| PERCY, AYDEN | $ 28.72 |
| PEREZ, MARISSA PASION | - |
| PERSHING, MORGAN R. | $ 49.06 |
| PHAM, LIENG DOANH | $ 8.50 |
| PHAM, MADELEINE NGOC | - |
| PHUNG, ELAINE | $ 12.14 |
| PIKSAYKIN, YURIY P. | - |
| PRADA-BAEZ, LINA M. | $ 49.10 |
| PREET, KAWAL | - |
| PRESLEY, HOURI | - |
| QUANZ, CHARLES V | $ 5,408.11 |
| RAMIREZ, ISMAEL R | $ 302.13 |
| RAMOS, NILDA M | $ 18.14 |
| RANGEL, BRIANNE A | $ 93.04 |
| REIGEL, LAURA CONTESSA FUTRELL | $ 0.06 |
| REINECKER, SYLVIA RUTH ALITA CASABAR | $ 921.49 |
| REVINO, MELISA J. | $ 2,286.21 |
| REYES, ROWENA | $ 3,934.23 |
| RIDAD, VALENTINA MARAMAG GUZMAN | $ 13,292.97 |
| RIVAS, LINDA S | $ 40.45 |
| ROBLES, PAMELA A | $ 304.80 |
| ROJAS, PERLA DALILA | - |
| ROMERO, LORENA S | - |
| ROSE, PATRICK M. | $ 1,913.36 |
| ROSS, STEPHANIE S. | $ 925.79 |
| RUNYON, BRENT R. | - |
| RYAN, CATHERINE ELIZABETH | $ 357.40 |
| RYAN, TERI LYNN | - |
| SALISBURY, JAYMI LYNN | - |
| SANCHEZ, DAVID J. | $ 2,202.68 |

| NAME | AMOUNT |
|------|--------|
| SANCHEZ, ELVIA | - |
| SANCHEZ, JOHN M | $ 2,473.23 |
| SANDERS, NATHAN J | $ 274.86 |
| SANTISTEVAN, JENNIFER ANN | - |
| SAPORITO, GINA DENISE | - |
| SAPP, VICKI S | $   43.10 |
| SARI, NOVIANI | $ 1,515.43 |
| SCHLOSSER, JOHN H | $ 402.39 |
| SCHMIDT, RACHEL GAIL | $   21.17 |
| SCHWILK, JEFFREY J | $ 619.61 |
| SEGURA, JEANETTE NICOLE | $   68.07 |
| SEPULVEDA, MARK A | - |
| SHADDLE, ROBIN S | $   35.52 |
| SHELTON, JENNIFER PARICHUTT | $ 316.68 |
| SHILES, DIANA L | $ 950.93 |
| SHULTZ, JEFFREY CHARLES | $ 1,858.59 |
| SILFER-HOUK, ANN | - |
| SILKE, JODY M | - |
| SILVA, SUZANNE RENEE | $ 176.08 |
| SILVEIRA, JENNIFER A. | $ 5,581.27 |
| SIOXSON, NOEL SAMONTE | $ 7,534.18 |
| SLADWICK, BRIAN D. | $ 1,275.63 |
| SMITH, SOPHIA MARTHA | $ 805.33 |
| SOK, KHENG | $ 148.15 |
| SOTO, DIANA LYNN | - |
| SOUZA, JAYNE DIVERS | - |
| SPINK, WILLIAM E | $ 5,189.64 |
| STEFFANI, PHILIP C. | $ 234.58 |
| STERLING, ASHLEY ANN | - |
| STIBBARD, ROBERT K | - |

| NAME | AMOUNT |
|---|---|
| STOCKDALE, DOUGLAS ALLAN | $   74.73 |
| STONE, WENDY L | $   41.07 |
| SURIAGA, EDWARD D | $ 648.09 |
| SWANSON, STEPHEN P | - |
| SYLVIA, CHRISTINE E | $ 3,741.35 |
| TACCHELLA, NANCY ANNETTE | $ 624.59 |
| TAKEMOTO, LAURA | - |
| TAN, FRANCES VALYA | $   63.84 |
| TANAKA, DONNA LOU | - |
| TANG, CHENG YIAO | - |
| TATAPUDY, PRABHA R | - |
| TAYLOR, TODD M | $   29.24 |
| THAO, MAYLAN | - |
| TING, RENEE I | $   30.95 |
| TO, EDDY TIN SUNG | - |
| TOSTE, LINDSEY DIANE | $   30.86 |
| TOTT, HERMAN WILLIAM | $ 7,771.77 |
| TRAJICO, CHARITY A | $ 102.98 |
| TRAN, ANNE KATHERINE | - |
| TRAN, DAVID DUNG | $ 3,874.81 |
| TRAN, DUY NGOC | $   38.54 |
| TRAN, KHOI ANH | - |
| TRISTAO, MEGAN STROUP | $   38.08 |
| ULRICH, ERIN M | $ 176.72 |
| VALENTUKONIS, ROBERT R. | - |
| VALENZUELA, MEGAN EVONNE | - |
| VAN DEVENTER, EDWARD A | $ 788.02 |
| VAN DYCK, ERICA STEPHANIE JUE | - |
| VASQUEZ, MICHAEL N. | $ 853.78 |
| VELASCO, NANCY L | - |

| NAME | AMOUNT |
|------|--------|
| VELASCO-GONZALES, MARIA THERESA | - |
| VERMA, SUPRIYA | - |
| VIDUNAS, JAMES GEORGE STASCAK | $  17.00 |
| VILLEGAS, LORENZO | $ 3,652.64 |
| VINCENTI, ANGELINA | $ 197.68 |
| VINECKE, DENISE A | $  73.80 |
| VIRASAK, PETER | - |
| VIRAY, MYKE PHILIPPE BRILLANTES | - |
| VIZCARRA, ARTHUR C | $  22.24 |
| VON KUGELGEN, MALLORY ARNALL | - |
| VUONG, JENNIE | $ 337.13 |
| WARNARS, RAFLES C | $ 451.72 |
| WARREN, REBA L | $  98.55 |
| WASTERLAIN, JUSTIN | $  16.74 |
| WATTS, DOROTHY ALLYSON | $ 183.91 |
| WEI, TERESA | - |
| WELT, ELLEN SUZANNE | $ 140.89 |
| WIATRAK, JAMES GEORGE | $ 2,933.63 |
| WIER, ELLIOT G | $ 606.06 |
| WILKINS LEE, COREY LYNN | $ 6.25 |
| WILSON, ANGELIQUE REGINA | - |
| WU, CECILIA KAI | $  46.57 |
| WU, JENNIFER JUNG HEE | $ 0.02 |
| YATES, TAWNIE | $  36.85 |
| YIP, GENEVIEVE | $ 174.84 |
| YORK, ALEXZANDRIA ESSENCE | - |
| YOUNG, NICOLE M | $ 125.01 |
| ZADEL, LAURA A | - |
| ZAMARRIPA, FAUSTO C. | $  33.22 |
| ZAMORA, CARMEN V | $  10.97 |

| NAME | AMOUNT |
|------|--------|
| ZEMEDE, SENAIT | - |
|  | **$ 295,331.58** |

# Unit 10

| NAME | AMOUNT |
|------|--------|
| ANTHONY, ROBERT M | $ 4,052.41 |
| AQUINO, CAROLINE M | $ 1,250.08 |
| ARREOLA, FELICIA M | $ 253.72 |
| ASHLEY, KAREN A | $ 1,266.22 |
| AVALOS, SYLVIA BEATRIZ | $ 488.64 |
| BLACK, DEANNA G | $ 8,219.06 |
| BLATZ, KYLEE MARIE | $ 3,188.71 |
| BUNCE, NANCY C | $ 783.64 |
| CAMARENA, MARIA CONCEPCION | $ 130.98 |
| CARLETON, SALLIE BURDEN | $ 3,118.06 |
| CARON-CLARKSON, JAMIE ELIZABETH | $ 446.40 |
| CARPENTER, TAYLOR L. | $ 11,920.33 |
| CARRERA, NOELLE J | $ 428.62 |
| CARTER, JENNIFER LYNN | $ 1,693.49 |
| CLARK, MICHAEL W | $ 9,467.40 |
| CLAY, CHRISTINA M | $ 793.12 |
| CLEVENGER, LOGAN ANN | $ 4,991.71 |
| COWAN, DONNA G | $ 6,189.01 |
| CRAMER, ERIKA I. | $ 29,590.22 |
| CRUZ, VICTORIA LORRAINE | $ 38.32 |
| CULLEN, JENNIFER L | $ 7,327.15 |
| DALE, NAOMI B | $ 11,877.93 |
| DUHAIN, KRISTIN KATHERINE | $ 1,785.87 |
| EHRLICH, ISABEL MARIE | $ 9,837.75 |

| NAME | AMOUNT |
|------|--------|
| EWING, ERICA MIRANDA | $ 1,225.76 |
| FAZZI, WINDY LEE | - |
| FINDLEY, NILIANA DE SOUZA | $ 2.09 |
| FITZGERALD, ROSANNA P | $ 9,990.08 |
| FLORES ROCHA, CARLOS EDDIE | $ 84.76 |
| FLORES, ROBIN D | $ 3,530.76 |
| FOUGHT, ALLISON DIANA | $ 4,811.63 |
| FREITAS, JULIE A | $ 35.54 |
| GAETA, MICHAEL RALPH | $ 395.01 |
| GARCIA CRUZ, VICTORIA VANESSA | $ 1,414.37 |
| GROSS, STACY M | $ 7,725.15 |
| HARARAH, MALIK MOHAMMED | $ 21.03 |
| HASSNA, KACEY DANIELLE | $ 99.12 |
| HINES, LESLIE ELENA | $ 853.45 |
| HIRAHARA, DOUGLAS K | $ 2,039.36 |
| HONG, JESSICA VEDA | $ 883.19 |
| HYATT, ANDREW DAVID | $ 16,049.29 |
| IPPOLITO, AARON LINDSAY | $ 6,805.19 |
| JACOBS, DAVID A | $ 6,455.15 |
| JETT III, ROBERT L | $ 3,085.83 |
| JIRCITANO, REBECCA A. | $ 8,017.53 |
| KUNZELMAN, JENNIFER MARIE | $ 53.40 |
| LAFRANBOISE, AMY BRIANA | $ 1,161.27 |
| LOBITO, GINA M. | $ 7,111.23 |
| LORETTO, LESLIE | $ 2,506.25 |
| MANTHEY, KIMBERLY D | $ 4,930.12 |
| MAUN, JIGNESH D | $ 270.63 |
| MEDELLIN, TIFFANY N. | $ 1,634.46 |
| MEDINA, ANDREA SMITH | - |
| MILJKOVIC, SVETLANA | $ 209.06 |

| NAME | AMOUNT |
|------|--------|
| MORALES, ALEXIS ARIANA | $ 200.06 |
| MORENO, LAURA FURNANZ | $ 15,270.04 |
| MORENO, MELISSA P. | $ 25,852.41 |
| MORENO, NATALIE D | $ 13,526.01 |
| MORGAN, MICHAEL T | $ 3,569.07 |
| MORTWEET, MACY R | $ 164.36 |
| MOYE, KRISTEN ANN | $ 4,079.37 |
| MUNOZ, CARLA M | $ 2,641.24 |
| NIELSEN, MELISSA FAITH | $ 712.27 |
| OKAMURA, MICHELLE K. | $ 2,348.83 |
| OLIVEIRA, ELIZABETH S | $ 2,843.55 |
| OTO, TY Y | $ 1,537.16 |
| PALMER, KIMBERLY VINCENZINA | $ 423.46 |
| PATTON, DEBORAH D | $ 21,318.13 |
| PLATT, SHANNON MAUREEN | - |
| POVIO, KATHERINE MARY | $ 18.21 |
| QUINTERO, ALEX R | $ 16,459.08 |
| REYES, ALLEN J | $ 2,474.55 |
| ROBINSON, MICHAEL K | $ 134.97 |
| ROGERS, KARI LYNN | $ 805.37 |
| SAWIN, MARY MELINDA | $ 14,135.16 |
| SCALISE, MERRILEE A | $ 14,974.66 |
| SCHILLER, CHRIS A | $ 16,669.02 |
| SIRLES, KIMBERLY J | $ 1,415.69 |
| SOO, VIRGINIA L | $ 923.14 |
| STEINWANDT, BRIANNA LEIGH | $ 913.06 |
| THOMAS, RACHEL A | $ 8,400.95 |
| VO, DUYEN D. | $ 5,868.79 |
| VOGELSANGER, PAUL R. | $ 4,310.80 |
| VON RAESFELD, NICOLE MARIE | $ 8,156.82 |

| NAME | AMOUNT |
|---|---|
| WILCOX, SHANNON BRITTANY | $ 2,149.24 |
|  | **$ 402,835.02** |

**TOTAL FOR NON-PUBLIC SAFETY PUTATIVE PLAINTIFFS: $1,649,787.76**

## **EXHIBIT E**

JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND PROPOSED ORDER

[on following pages]

**EXHIBIT F**
**NOTICE OF COLLECTIVE ACTION SETTLEMENT: CLAIM FORM & RELEASE TO**
**PUTATIVE PLAINTIFFS EMPLOYED BY THE CITY OF SANTA CLARA**

*CHRISTOPHER GAFFNEY, ET AL. v. CITY OF SANTA CLARA*
Case No. 3:18-cv-06500-JST

U.S. District Court for the Northern District of California

If you were employed with the City of Santa Clara since May 2014, and worked Fair Labor Standards Act overtime, this notice describes your rights and potential benefits from a collective action settlement. It is important that you read this notice carefully.

**Why did I get this notice?** You received this notice because a proposed settlement has been reached in a collective action Fair Labor Standards Act (FLSA) lawsuit filed against the City of Santa Clara entitled CHRISTOPHER GAFFNEY, ET AL. v. CITY OF SANTA CLARA Case No. 3:18-cv-06500-JST (Settlement). You have rights that will be impacted by the settlement of this lawsuit, and you may be entitled to compensation as a result of this Settlement. However, to obtain any compensation, you must take action as described below.

**What are these lawsuits about?** The Plaintiffs brought this lawsuit alleging that, as required by the decision of *Flores v. City of San Gabriel*, 824 F.3d 890 (9th Cir. 2016), the City failed to include City provided contributions towards health insurance benefits, payments of cash in lieu of health insurance benefits and certain specialty pays in the calculation of the FLSA regular rate of pay for purposes of calculating overtime compensation for employees who are not exempt from the overtime requirements of the FLSA. The lawsuit complaint alleges the City has violated the FLSA by failing to pay Plaintiffs the full amount due for all overtime hours worked, as well as not cashing out compensatory time off at the FLSA regular rate. Plaintiffs allege they are entitled to recover unpaid overtime and compensatory time off cash-outs for the past three years (plus any applicable tolling period), plus liquidated damages in an equal amount, and attorney fees and costs. The City disputes these claims, and believes it already made settlement payments to most employees and former employees in the classifications of Firefighter I, Firefighter II, Fire Driver/Engineer, Fire Captain, Fire Captain – Training, Deputy Fire Marshall I or Deputy Fire Marshall II for the FLSA overtime hours and compensatory time off hours at issue in this lawsuit. The City nevertheless has agreed to settle the lawsuit in order to avoid the burden, expense, inconvenience, and uncertainty of continued litigation. Beginning with the paycheck on August 26, 2018, the City began including cash-in-lieu of health care benefits payments and contributions toward health insurance benefits and applicable specialty pays in the regular rate of overtime pay for all employees who are not exempt from the FLSA. On _____, 2019 the Court approved the parties' Settlement.

**What are the terms of the settlement?** The City has agreed to pay FLSA overtime back pay under the settlement, both to the Plaintiffs in the action and eligible current and former employees who have not joined the action. Your settlement amount is based upon your share of the $2,563,940.26 the City agreed to pay in damages, calculated based upon your FLSA overtime hours worked, and the amounts of contributions for health care benefits and/or cash-in-lieu of health care benefits payments and specialty pays you received, and amounts already paid or credited for your FLSA overtime hours worked. As part of the Settlement, the City also agreed to pay attorney fees and costs for the Plaintiffs' attorney in the amount of $150,000. By accepting this payment, you are not becoming a Plaintiff in the litigation and are not represented by Plaintiffs' Counsel.

54

**What are your options?**  You have two options.

**First**, you can claim your settlement payment by timely executing the below release of FLSA claims and returning it as indicated.  By doing so, you release the City, and its agents, successors, and assigns, from all federal, state, or other legal claims that the City failed to pay overtime at the correct rate based upon its provision of cash in lieu of health care benefits and/or amounts of contributions for health care benefits. You are encouraged to do so.

**Second**, you can do nothing.  If you do nothing, or fail to timely submit a completed claim form, you will not receive any money under the settlement and you will not have released any claim you may have, subject to any City defenses, that the City failed to pay you FLSA overtime due.

**How much is your settlement payment?**  The amount to which you are entitled pursuant to the Settlement is $<<_____>> and will be reported as unpaid wages on a W-2 or if the amount represents liquidated damages, will be reported on a 1099.

**How much time do I have to respond to this notice?**  To receive this settlement payment amount you must submit this "Notice of Collective Action Settlement: Claim Form & Release" within thirty (30) days of the postmark of this notice, no later than _____, 2019.  Original signed claim forms must be submitted to the City of Santa Clara in person or by mail to the address below:

Santa Clara FLSA Settlement
Attention: Finance Department/Payroll
City of Santa Clara
1500 Warburton Ave
Santa Clara, CA 95050

**When will you get your settlement payment?**  If you timely submitted a claim form, your payment will be mailed to you at the address provided below no later than 30 calendar days after the City's receipt of this claim form.

**Settlement and release of claims:**  I have reviewed the Notice of Class Action Settlement.  In exchange for my settlement payment, I agree to the releases of legal claims against the City set forth in the Settlement Agreement.

Signature:_____   Date: _____

Print or type full name: _____

Address:_____

_____

Telephone number:  (_____)_____

Last Four Digits of Social Security Number:_____