# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER GAFFNEY, ANDRE JEROME SOTO, JOHN C. O'LEARY, GUIDO QUARTAROLI and JEFF PROVANCHER, on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA,<br><br>Defendant. | Case No. 4:18-cv-06500-JST<br><br>**[PROPOSED] ORDER FOR APPROVAL OF FLSA SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**<br><br>Filed Concurrently with NOTICE OF MOTION and MOTION TO APPROVE FLSA SETTLEMENT<br><br>Trial Date:   None Set |

The Court has carefully reviewed the Joint Motion by the Parties, seeking approval of the Settlement Agreement attached as Exhibit 1 thereto. Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects and the Parties shall perform the Settlement Agreement in accordance with its terms;

2. The Court reserves jurisdiction over this Action for the purpose of enforcing the Settlement Agreement;

3. The Court has made no findings or determination regarding the law, and this Order, the Settlement Agreement, and any of the other documents or written materials prepared in

conjunction with this Order shall not constitute evidence of, or any admission of, any violation of the law.

4. The above captioned Action is hereby dismissed with prejudice. The clerk shall close out this case

**IT IS SO ORDERED.**

DATED: October ___, 2019

---
JON S. TIGAR
United States District Court Judge

3406000.1