UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GAFFNEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SANTA CLARA, <br><br> Defendant. | Case No. 18-cv-06500-JST <br><br> **CLERK'S JUDGEMENT** <br> Re: Dkt. No. 11 |

Pursuant to the Order Granting Renewed Motion to Approve Flsa Settlement signed January 28, 2021, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: Thursday, April 22, 2021

Susan Y. Soong
Clerk, United States District Court

Susan Y. Soong
By:
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR